1  Heedong Chae (SBN: 263237)
Email: hdchae@ewpat.com
2  Karen Kim (SBN 297857)
Email: kkim@ewpat.com
3
**East West Law Group PC**
4  3600 Wilshire Blvd., STE. 702
Los Angeles, CA 90010
5  Phone: 213-387-3630
Fax: 213-788-3365
6

7

8  *Attorneys for Plaintiff,*
*SPIGEN KOREA CO., LTD.*
9

10  **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| SPIGEN KOREA CO., LTD., a Republic of Korea corporation, | Case No.: |
| Plaintiff, | **COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | **JURY TRIAL DEMANDED** |
| ISPEAKER CO., LTD., a Republic of Korea corporation; DOES 1 though 10, inclusive, | |
| Defendant. | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Plaintiff SPIGEN KOREA CO., LTD. (hereinafter "SPIGEN" or "Plaintiff"),

2

3  for its Complaint for Patent Infringement against Defendant ISPEAKER CO., LTD.

4  (hereinafter "ISPEAKER" or "Defendant"), alleges as follows:

5                          **JURISDICTION AND VENUE**

6        1.      This is an action for patent infringement arising under the patent laws of

7  the United States, Title 35, United States Code.

8        2.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331

9  and 1338(a).

10       3.      This Court has personal jurisdiction over Defendant by virtue of its

11 transacting, doing, and soliciting business in this District, and because a substantial

12 part of the relevant events occurred in this District.

13       4.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b),

14 1391(c), 1391(d), and 1400(b).

15                              **PARTIES**

16       5.      Plaintiff, SPIGEN KOREA CO., LTD. ("SPIGEN" or "Plaintiff), is a

17 corporation organized and existing under the laws of the Republic of Korea, with its

18 principal place of business at 371-37 Kasandong, STX V-Tower #1709, Geumcheon-

19 gu, Seoul, Republic of Korea.

20       6.      Plaintiff is informed and believes, and thereon alleges, that defendant,

21 ISPEAKER CO., LTD. ("ISPEAKER" or "Defendant") is a corporation organized

22 and existing under the laws of the Republic of Korea, with its principal place of

23 business at 116-18, Baengma-ro 502beon-gil, Ilsandong-gu, Goyang-si, Gyeonggi-

24 do, 410-843, Republic of Korea.

25       7.      Plaintiff is unaware of the true names and capacities, whether

26 individual, corporate, or otherwise, of the Defendants named herein as Does 1

27 through 10, inclusive, but is informed and believes, and thereon alleges, that each of

28 the fictitiously named defendants engaged in, or is in some manner responsible for,

2

1   the wrongful conduct alleged herein. Plaintiff therefore sues these defendants by

2   such fictitious names and will amend this complaint to state their true names and

3   capacities when such names have been discovered.

4                  **INFRINGEMENT OF U.S. PATENT NO. 9,049,283**

5          8.      SPIGEN is the owner of all right, title, and interest in the U.S. Patent

6   No. 9,049,283 (the "'283 Patent"), entitled "Case Having a Storage Compartment for

7   Electronic Devices,"  duly and properly issued by the U.S. Patent and Trademark

8   Office on June 2, 2015. A copy of the '283 patent is attached as Exhibit A.

9          9.      Defendant has been and/or is directly infringing, and/or is inducing

10  infringement of, and/or is contributorily infringing one or more claims of the '283

11  Patent by, without SPIGEN'S permission, among other things, making, using,

12  offering to sell, or selling in the United States, or importing into the United States,

13  products that are covered by the claims of the '283 patent, including, by way of

14  example and not limitation, the Damda Glide Series for iPhone 6/6s, iPhone 6

15  Plus/6s Plus, iPhone 7, iPhone 7 Plus, Galaxy S7, Galaxy S7 Edge, Galaxy Note 7.

16  *See* Exhibit B.

17         10.     Defendant has profited through infringement of the '283 Patent. As a

18  result of Defendant's unlawful infringement of the '283 Patent, SPIGEN has suffered

19  and will continue to suffer damages. SPIGEN is entitled to recover from Defendant

20  the damages suffered by SPIGEN as a result of Defendants' unlawful acts.

21         11.     Defendant's infringement is, on information and belief, willful, making

22  this an exceptional case and entitling SPIGEN to enhanced damages and reasonable

23  attorney's fees and costs.

24         12.     On information and belief, Defendant intends to continue its unlawful

25  infringing activity, and SPIGEN continues to and will continue to suffer irreparable

26  harm — for which there is no adequate remedy at law — from such unlawful

27  infringing activity unless Defendant is enjoined by this Court.

28                         **PRAYER FOR RELIEF**

1    WHEREFORE, in consideration of the foregoing, SPIGEN prays for relief as
2  follows:
3        1.    For a judgment declaring that Defendant has infringed one or more
4  claims of the '283 Patent of SPIGEN;
5        2.    For a judgment awarding SPIGEN compensatory damages as a result of
6  Defendant's infringement of the '283 Patent, together with interest and costs, and in
7  no event less than a reasonable royalty;
8        3.    For a judgment declaring that Defendant's infringement of the '283
9  Patent has been willful and deliberate;
10        4.    For a judgment awarding SPIGEN treble damages and pre-judgment
11  interest under 35 U.S.C. § 284 as a result of Defendant's willful and deliberate
12  infringement of the '283 Patent;
13        5.    For a judgment declaring that this case is exceptional and awarding
14  SPIGEN its expenses, costs, and attorney's fees in accordance with 35 U.S.C. §§ 284
15  and 285 and Rule 54(d) of the Federal Rules of Civil Procedure;
16        6.    For a grant of a permanent injunction pursuant to 35 U.S.C. § 283,
17  enjoining Defendant from further acts of infringement; and
18        7.    For such other and further relief as the Court deems just and proper.
19
20  Dated:  November 16, 2016          Respectfully submitted,
21                                     East West Law Group
22
23                                     By: /s/ Heedong Chae_____
24                                         Heedong Chae
                                           Karen Kim
25                                         Attorneys for Plaintiff
26                                         SPIGEN KOREA CO., LTD.
27
28

4

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated:  November 16, 2016          East West Law Group


By:  /s/ Heedong Chae
       Heedong Chae
       Karen Kim
       Attorneys for Plaintiff
       SPIGEN KOREA CO., LTD.