Richard Kim (SBN: 272184)
Email: RichKimLaw@gmail.com
**Law Offices of Richard Kim**
6131 Orangethorpe Ave., Suite 370
Buena Park, CA 90620
Phone: 714-276-1122
Fax: 714-276-1120

Heedong Chae (SBN: 263237)
Email: hdchae@ewpat.com
Karen Kim (SBN: 297857)
Email: kkim@ewpat.com
**East West Law Group PC**
3600 Wilshire Blvd., Suite 702
Los Angeles, CA 90010
Phone: 213-387-3630
Fax: 213-788-3365

*Attorneys for Plaintiff,*
*SPIGEN KOREA CO., LTD.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIGEN KOREA CO., LTD., a Republic of Korea corporation,<br><br>Plaintiff,<br><br>v.<br><br>ISPEAKER CO., LTD., a Republic of Korea corporation; VRS DESIGN,INC., a California corporation; DOES 1 though 10, inclusive,<br><br>Defendants. | Case No: 2:16-cv-08559-DOC-DFM<br>Assigned to: Honorable David O. Carter<br><br>**SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff SPIGEN KOREA CO., LTD. (hereinafter "SPIGEN" or "Plaintiff"), for its First Amended Complaint for Patent Infringement against Defendants ISPEAKER CO., LTD., and VRS DESIGN,INC., (hereinafter, collectively, "Defendants"), alleges as follows:

## JURISDICTION AND VENUE

1. This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code.

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over all the Defendants by virtue of their transacting, doing, and soliciting business in this District, and because a substantial part of the relevant events occurred in this District.

4. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b), 1391(c), 1391(d), and 1400(b).

## PARTIES

5. Plaintiff, SPIGEN KOREA CO., LTD. ("SPIGEN" or "Plaintiff), is a corporation organized and existing under the laws of Republic of Korea, with its principal place of business at 371-37 Kasandong, STX V-Tower #1709, Geumcheon-gu, Seoul, Republic Of Korea.

6. Plaintiff is informed and believes, and thereon alleges, that defendant, ISPEAKER CO., LTD. ("ISPEAKER") is a corporation organized and existing under the laws of Republic of Korea, with its principal place of business at 116-18, Baengma-ro 502beon-gil, Ilsandong-gu, Goyang-si, Gyeonggi-do, 410-843, Republic of Korea.

7. Plaintiff is informed and believes, and thereon alleges, that defendant VRS DESIGN, INC. ("VRS DESIGN") is a California corporation, with its principal place of business at 448 Broadway Drive, Brea, California 92821.

8. Plaintiff is unaware of the true names and capacities, whether

individual, corporate, or otherwise, of the Defendants named herein as Does 1 through 10, inclusive, but is informed and believes, and thereon alleges, that each of the fictitiously named defendants engaged in, or is in some manner responsible for, the wrongful conduct alleged herein. Plaintiff therefore sues these defendants by such fictitious names and will amend this complaint to state their true names and capacities when such names have been discovered.

## INFRINGEMENT OF U.S. PATENT NO. 9,049,283

9. SPIGEN is the owner of all right, title, and interest in the U.S. Patent No. 9,049,283 (the "'283 Patent"), entitled "Case Having a Storage Compartment for Electronic Devices," duly and properly issued by the U.S. Patent and Trademark Office on June 2, 2015. A copy of the '283 patent is attached as Exhibit A.

10. Defendants have been and/or are directly infringing and/or are inducing infringement of and/or contributorily infringing one or more claims of the '283 patent by, without SPIGEN'S permission, among other things, making, using, offering to sell or selling in the United States, or importing into the United States, products that are covered by the claims of the '283 patent, including, by way of example and not limitation, the Damda Glide Series for iPhone 6/6s, iPhone 6 Plus/6s Plus, iPhone 7, iPhone 7 Plus, Galaxy S7, Galaxy S7 Edge, Galaxy Note 7. *See* Exhibit B.

11. Defendants have profited through infringement of the '283 Patent. As a result of Defendants' unlawful infringement of the '283 Patent, SPIGEN has suffered and will continue to suffer damages. SPIGEN is entitled to recover from Defendants the damages suffered by SPIGEN as a result of Defendants' unlawful acts.

12. Defendants were previously sued by SPIGEN for infringement of the '283 Patent. In this previous litigation, Defendants' infringing products were the Damda Slide Series for iPhone 6/6s, iPhone 6 Plus/6s Plus, Galaxy S6, Galaxy S6 Edge, Galaxy S6 Edge Plus, Galaxy Note 4, and Galaxy Note 5. The parties reached a settlement agreement, and the case was subsequently dismissed. However,

Defendants are selling another product which infringes on the '283 Patent, the Damda Glide, which was not and could not be covered by the previous litigation.

13. On November 17, 2016, SPIGEN sent a cease and desist letter to Defendant ISPEAKER to demand it cease and desist from selling the infringing Damda Glide Series products and requested response by November 30, 2016. However, Defendant ISPEAKER never responded.

14. Defendants' infringement is, on information and belief, willful, making this an exceptional case and entitling SPIGEN to enhanced damages and reasonable attorney's fees and costs.

15. On information and belief, Defendants intend to continue their unlawful infringing activity, and SPIGEN continues to and will continue to suffer irreparable harm — for which there is no adequate remedy at law — from such unlawful infringing activity unless Defendants are enjoined by this Court.

## **PRAYER FOR RELIEF**

WHEREFORE, in consideration of the foregoing, SPIGEN prays for relief as follows:

1. For a judgment declaring that Defendants have infringed one or more claims of the '283 Patent of SPIGEN;

2. For a judgment awarding SPIGEN compensatory damages as a result of Defendants' infringement of the '283 Patent, together with interest and costs, and in no event less than a reasonable royalty;

3. For a judgment declaring that Defendants' infringement of the '283 Patent has been willful and deliberate;

4. For a judgment awarding SPIGEN treble damages and pre-judgment interest under 35 U.S.C. § 284 as a result of Defendants' willful and deliberate infringement of the '283 Patent;

5. For a judgment declaring that this case is exceptional and awarding SPIGEN its expenses, costs, and attorney's fees in accordance with 35 U.S.C. §§ 284

and 285 and Rule 54(d) of the Federal Rules of Civil Procedure;

    6.     For a grant of a permanent injunction pursuant to 35 U.S.C. § 283, enjoining the Defendants from further acts of infringement; and

    7.     For such other and further relief as the Court deems just and proper.

Dated: January 10, 2016      Respectfully submitted,

By:   /s/ Heedong Chae_____
      Heedong Chae
      Richard Kim
      Karen Kim
      Attorneys for Plaintiff
      KOREA SPIGEN CO., LTD.