1  Michael B. Eisenberg (admitted *pro hac vice*)
   HOLLAND & KNIGHT LLP
2  31 West 52nd Street
   New York, NY  10019
3  Tel: 212.513.3200 / Fax:  212.385.9010
   Email: michael.eisenberg@hklaw.com
4
5  Stacey H. Wang (SBN 245195)
   HOLLAND & KNIGHT LLP
6  400 South Hope Street, 8th Floor
   Los Angeles, California 90071
7  Tel: 213.896.2400 / Fax:  213.896.2450
   Email: stacey.wang@hklaw.com
8
9  *Attorneys for Defendants*
   *VRS Design, Inc. and iSpeaker Co. Ltd.*
10
11
12                    **UNITED STATES DISTRICT COURT**
13                    **CENTRAL DISTRICT OF CALIFORNIA**

14  SPIGEN KOREA CO., LTD., a            )  Case No.: 2:16-cv-08559-DOC-DFM
    Republic of Korea corporation,       )
15                                        )
                  Plaintiff,              )  **REQUEST FOR**
16                                        )  **CLARIFICATION OF**
             v.                           )  **SCHEDULING ORDER**
17                                        )
    ISPEAKER CO., LTD., a Republic of     )
18  Korea corporation; VRS DESIGN,        )
    INC., a California corporation; DOES 1)
19  through 10, inclusive,                )
                                          )
20                Defendants.             )
                                          )
21  _____ )
                                          )
22  VRS DESIGN, INC., a California        )
    corporation and ISPEAKER CO., LTD.,   )
23  a Republic of Korea corporation,      )
                                          )
24                Counterclaimants,       )
                                          )
25           v.                           )
                                          )
26  SPIGEN KOREA CO., LTD., a             )
    Republic of Korea corporation,        )
27                                        )
                  Counter-Defendant.      )
28  _____ )

─────────────────────────────────────────────────────────────
              REQUEST FOR CLARIFICATION OF SCHEDULING ORDER

## REQUEST FOR CLARIFICATION

On July 28, 2017, the Court entered a Scheduling Order which set the discovery cutoff on December 22, 2017. *See* Dkt. 46. The Scheduling Order also states, in pertinent part, that "[t]he above discovery cut-off date includes expert discovery, unless otherwise ordered by the Court, and the Court orders the sequence of disclosures as provided by Fed. R. Civ. Proc. 26(a)(2)(D), unless the parties otherwise stipulate in writing and obtain the Court's approval." *Id*. at § IV, ¶ 4.

In calendaring dates pursuant to this schedule, counsel for Defendants iSpeaker Co., Ltd ("iSpeaker") and VRS Design, Inc. ("VRS Design") (collectively "Defendants") identified an ambiguity in the deadlines for the parties' disclosure of expert reports in order to complete expert discovery by the December 22, 2017, discovery deadline. Specifically, it appears to Defendants that the Order implicitly requires the Rule 26(a)(2)(D) "sequence" to be tied to the discovery cut-off date (rather than the trial date, which is August 14, 2018) in order for discovery to be completed by December 22, 2017, as reports need to be produced prior to expert depositions. This is supported by the Court's specific instruction that the "sequence" of Rule 26(a)(2)(D) was to be used, as opposed to an unqualified directive to follow Rule 26(a)(2)(D).

After meeting and conferring with counsel for Plaintiff, although a tentative schedule for disclosures was discussed, Plaintiff declined to agree to a stipulation for the Court's approval at this time. Plaintiff also did not propose another interpretation of the Court's order that would allow discovery to be completed by December 22, 2017.

Given that the case is now just over two months out from discovery cut-off, Defendants seek the Court's assistance in clarifying the schedule for expert reports to ensure the orderly progress of this litigation.

REQUEST FOR CLARIFICATION OF SCHEDULING ORDER

1    Dated:   October 16, 2017

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: /s/  *Michael B. Eisenberg*
     Michael B. Eisenberg (*pro hac vice*)
     Stacey H. Wang
     Attorneys for Defendants
     VRS Design, Inc. and iSpeaker Co., Ltd.

REQUEST FOR CLARIFICATION OF SCHEDULING ORDER

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 400 South Hope Street, 8th Floor, Los Angeles, California 90071.

I caused the foregoing document(s) to be served as follows

**[X]** (**By Electronic Transfer to the CM/ECF System**) In accordance with Federal Rules of Civil Procedure 5(d) (3), Local Rule 5-4, and the U.S. District Court of the Central District's General Order governing electronic filing, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Central District of California's Case Management and Electronic Case Filing (CM/ECF) system on this date.  It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system.

Richard Kim
Law Offices of Richard Kim
6131 Orangethorpe Ave., Suite 370
Buena Park, CA 90620
Email: RichKimLaw@gmail.com

Heedong Chae
Karen Kim
East West Law Group PC
660 South Figueroa Street Suite 1200
Los Angeles, CA 90017
Email: hdchae@ewpat.com
Email: kkim@ewpat.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on October 16, 2017 at Los Angeles, California.

*/s/  Stacey H. Wang*
Stacey H. Wang