Stacey H. Wang (SBN 245195)
*stacey.wang@hklaw.com*
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel.: 213-896-2400
Facsimile: 213-896-2450

Michael B. Eisenberg (*pro hac vice*)
*michael.eisenberg@hklaw.com*
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Tel.: 212-513-3200
Facsimile: 212-385-9010

*Attorneys for Defendant*
*VRS Design, Inc. and iSpeaker Co., Ltd.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIGEN KOREA CO., LTD, a Republic of Korea corporation<br><br>Plaintiff,<br><br>vs.<br><br>ISPEAKER CO., LTD., a Republic of Korea corporation; VRS DESIGN, INC., a California corporation; DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: 2:16-cv-08559-DOC-DFM<br>Assigned to Hon. David O. Carter<br><br>**NOTICE OF LODGING OF PROPOSED JUDGMENT** |

TO THE COURT, THE CLERK AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the attached document entitled Proposed Judgment has been lodged with the Court, in accordance with the Local Rule 5-4.4.

Dated: October 30, 2018

Respectfully submitted,
HOLLAND & KNIGHT LLP

By: */s/ Michael Eisenberg*
Michael B. Eisenberg (*pro hac vice*)
Stacey H. Wang
Vito Costanzo

*Attorneys for Defendants
VRS Design, Inc. and
iSpeaker Co., Ltd.*