Stacey H. Wang (SBN 245195)
*stacey.wang@hklaw.com*
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel.: 213-896-2400
Facsimile: 213-896-2450

Michael B. Eisenberg (*pro hac vice*)
*michael.eisenberg@hklaw.com*
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Tel.: 212-513-3200
Facsimile: 212-385-9010

*Attorneys for Defendant*
*VRS Design, Inc. and iSpeaker Co., Ltd.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIGEN KOREA CO., LTD, a Republic of Korea corporation<br><br>Plaintiff,<br><br>vs.<br><br>ISPEAKER CO., LTD., a Republic of Korea corporation; VRS DESIGN, INC., a California corporation; DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: 2:16-cv-08559-DOC-DFM<br>Assigned to Hon. David O. Carter<br><br>**[PROPOSED] JUDGMENT** |

This Court, having entered an Order (Dkt 157) and Supplemental Order (Dkt 167) granting summary judgment in favor of Defendants iSpeaker Co., Ltd. and VRS Design, Inc. on July 16, 2018 and October 22, 2018, hereby enters final judgment pursuant to said Orders.

THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that judgment be entered in favor of iSpeaker Co., Ltd. and VRS Design, Inc. iSpeaker Co., Ltd. and VRS Design, Inc. shall file any requests for costs and fees within 14 days from the entry of this order.

IT IS SO ORDERED.

Date: _____, 2018

_____
Honorable David O. Carter
United States District Judge