Stacey H. Wang (SBN 245195)
*stacey.wang@hklaw.com*
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel.: 213-896-2400
Facsimile: 213-896-2450

Michael B. Eisenberg (*pro hac vice*)
*michael.eisenberg@hklaw.com*
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Tel.: 212-513-3200
Facsimile: 212-385-9010

*Attorneys for Defendant*
*VRS Design, Inc. and iSpeaker Co., Ltd.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIGEN KOREA CO., LTD, a Republic of Korea corporation<br><br>Plaintiff,<br><br>vs.<br><br>ISPEAKER CO., LTD., a Republic of Korea corporation; VRS DESIGN, INC., a California corporation; DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: 2:16-cv-08559-DOC-DFM<br>Assigned to Hon. David O. Carter<br><br>**JUDGMENT** |

JUDGMENT

| | |
|---|---|
| 1 | This Court, having entered an Order (Dkt 157) and Supplemental Order (Dkt |
| 2 | 167) granting summary judgment in favor of Defendants iSpeaker Co., Ltd. and |
| 3 | VRS Design, Inc. on July 16, 2018 and October 22, 2018, hereby enters final |
| 4 | judgment pursuant to said Orders. |
| 5 | THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that |
| 6 | judgment be entered in favor of Defendants iSpeaker Co., Ltd. and VRS Design, |
| 7 | Inc. Defendants iSpeaker Co., Ltd. and VRS Design, Inc. shall file any requests |
| 8 | for costs and fees within 14 days from the entry of this order. Plaintiff Spigen |
| 9 | Korea Co., LTD shall file its opposition within 14 days from Defendants' filing of |
| 10 | request for costs and fees. |

IT IS SO ORDERED.

Date: November 7, 2018

*/s/ David O. Carter*
Honorable David O. Carter
United States District Judge