Michael B. Eisenberg (admitted *pro hac vice*)
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10028
Tel: 212.513.3529
Fax: 212.385.9010
Email: michael.eisenberg@hklaw.com

Stacey H. Wang (SBN 245195)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Tel: 213.896.2400
Fax: 213.896.2450
Email: stacey.wang@hklaw.com

*Attorneys for Defendants*
*VRS Design, Inc. and iSpeaker Co., Ltd.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPIGEN KOREA CO., LTD., a Republic of Korea corporation,<br><br>Plaintiff,<br><br>v.<br><br>ISPEAKER CO., LTD., a Republic of Korea corporation; VRS DESIGN, INC., a California corporation; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 2:16-cv-08559-DOC-DFM<br>Assigned to: Hon. David O. Carter<br><br>**DECLARATION OF MICHAEL B. EISENBERG IN SUPPORT OF DEFENDANTS VRS DESIGN, INC. AND ISPEAKER CO., LTD.'S MOTION FOR ATTORNEY FEES**<br><br>[*Notice of Motion and Motion for Attorney Fees; Proposed Order filed herewith*] |

DECLARATION OF MICHAEL B. EISENBERG

## DECLARATION OF MICHAEL B. EISENBERG

I, Michael B. Eisenberg, declare as follows:

1. I am over the age of 18 and have personal knowledge of the matters stated herein. I could truthfully testify thereto if called upon as a witness.

2. I am an attorney at Holland & Knight LLP and admitted *pro hac vice* as counsel for Defendants VRS Design, Inc. and iSpeaker Co., Ltd. (collectively "Defendants") in this action. I provide this declaration in support of Defendants' Motion for Attorney Fees Under 35 U.S.C. § 285.

3. Attached hereto as Exhibit 1 is a true and correct copy of the July 25, 2018 email from me to Plaintiff's counsel attaching July 25, 2018 Declaration of Timothy Kwon.

4. Attached hereto as Exhibit 2 is a true and correct copy of July 30, 2018 email from Plaintiff's counsel to me.

5. Based on my review of my firm's billing records on this matter, the estimated amount of defense fees is $480,000.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on November 21, 2018 at New York, New York.

*/s/ Michael B. Eisenberg*
Michael B. Eisenberg

# EXHIBIT 1

| | |
|---|---|
| **From:** | Eisenberg, Michael B (NYC - X73529) |
| **Sent:** | Wednesday, July 25, 2018 6:27 PM |
| **To:** | Karen Kim |
| **Cc:** | Wang, Stacey H (LAX - X52480); hdchae@lucemlaw.com; RichKimLaw@gmail.com |
| **Subject:** | RE: Spigen v. VRS Design - stipulation for dismissal |
| **Attachments:** | Kwon declaration.pdf |

Karen:

I obtained the attached declaration from Timothy Kwon, Director of Product Development at Incipio LLC. As you will see, he identifies a protrusion and recess that are far close to the claims that what you identified in the accused product.  You were no doubt aware of those structures based on your purchase and submission of an example product.  I see no reason to continue this process.  Please consider providing a covenant not to sue to preserve this one claim for your client and to avoid the accrual of additional fees in the motion I plan to file.

Michael Eisenberg | Holland & Knight
31 West 52nd Street | New York NY 10019
Phone 212.513.3529 | Fax 212.385.9010
michael.eisenberg@hklaw.com | www.hklaw.com


-----Original Message-----
From: Karen Kim [mailto:kkim@lucemlaw.com]
Sent: Wednesday, July 25, 2018 3:47 PM
To: Eisenberg, Michael B (NYC - X73529) <Michael.Eisenberg@hklaw.com>
Cc: Wang, Stacey H (LAX - X52480) <stacey.wang@hklaw.com>; hdchae@lucemlaw.com; RichKimLaw@gmail.com
Subject: RE: Spigen v. VRS Design - stipulation for dismissal

Will you waive mail service?


Karen Y. Kim

Lucem PC
660 S. Figueroa St., Suite 1200
Los Angeles, CA 90017
Telephone: 213-387-3630
Fax: 213-863-6332


This communication, along with any attachments, may contain information that is privileged and/or confidential and is intended for the use of the individual to whom it is addressed. Any other use, application,

distribution, copying, or disclosure is strictly prohibited. If you have received this communication in error, please notify us immediately and delete this communication and all attachments.
Thank you.

-----Original Message-----
From: Michael.Eisenberg@hklaw.com [mailto:Michael.Eisenberg@hklaw.com]
Sent: Wednesday, July 25, 2018 12:01 PM
To: kkim@lucemlaw.com
Cc: stacey.wang@hklaw.com; hdchae@lucemlaw.com; RichKimLaw@gmail.com
Subject: Re: Spigen v. VRS Design - stipulation for dismissal

You may add my /s/.

On Jul 25, 2018, at 1:58 PM, Karen Kim
<kkim@lucemlaw.com<mailto:kkim@lucemlaw.com>> wrote:

Please see the attached.  If you have no changes, return to me with your signature for filing.

Karen Y. Kim

Lucem PC
660 S. Figueroa St., Suite 1200
Los Angeles, CA 90017
Telephone: 213-387-3630<tel:(213)%20387-3630>
Fax: 213-863-6332<tel:(213)%20863-6332>


This communication, along with any attachments, may contain information that is privileged and/or confidential and is intended for the use of the individual to whom it is addressed. Any other use, application, distribution, copying, or disclosure is strictly prohibited. If you have received this communication in error, please notify us immediately and delete this communication and all attachments.
Thank you.

From: Michael.Eisenberg@hklaw.com<mailto:Michael.Eisenberg@hklaw.com>
[mailto:Michael.Eisenberg@hklaw.com]
Sent: Friday, July 20, 2018 3:11 PM
To: kkim@lucemlaw.com<mailto:kkim@lucemlaw.com>;
stacey.wang@hklaw.com<mailto:stacey.wang@hklaw.com>
Cc: hdchae@lucemlaw.com<mailto:hdchae@lucemlaw.com>;
RichKimLaw@gmail.com<mailto:RichKimLaw@gmail.com>
Subject: RE: Spigen v. VRS Design - stipulation for dismissal



Michael Eisenberg | Holland & Knight
31 West 52nd Street | New York NY 10019
Phone 212.513.3529 | Fax 212.385.9010

michael.eisenberg@hklaw.com<mailto:helen.akulich@hklaw.com> |
www.hklaw.com<http://www.hklaw.com/>

From: Karen Kim [mailto:kkim@lucemlaw.com]
Sent: Wednesday, July 11, 2018 1:30 PM
To: Eisenberg, Michael B (NYC - X73529) <Michael.Eisenberg@hklaw.com<mailto:Michael.Eisenberg@hklaw.com>>; Wang, Stacey H (LAX - X52480) <stacey.wang@hklaw.com<mailto:stacey.wang@hklaw.com>>
Cc: 'Heedong Chae' <hdchae@lucemlaw.com<mailto:hdchae@lucemlaw.com>>; 'Richard Kim' <RichKimLaw@gmail.com<mailto:RichKimLaw@gmail.com>>
Subject: Spigen v. VRS Design - stipulation for dismissal

Michael:

We have received the settlement check.  Attached is a draft of the joint stipulation for dismissal.  If it is acceptable, please affix your signature, and we will file it.

Karen Y. Kim

Lucem PC
660 S. Figueroa St., Suite 1200
Los Angeles, CA 90017
Telephone: 213-387-3630<tel:(213)%20387-3630>
Fax: 213-863-6332<tel:(213)%20863-6332>

This communication, along with any attachments, may contain information that is privileged and/or confidential and is intended for the use of the individual to whom it is addressed. Any other use, application, distribution, copying, or disclosure is strictly prohibited. If you have received this communication in error, please notify us immediately and delete this communication and all attachments.
Thank you.


_____


NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.
<joint stipulation for dismissal.docx>
<Ex A - SETTLEMENT AGREEMENT_executed.pdf> <EXHIBIT A (redacted).pdf>
<7108LIT025 joint stipulation for leave to file under seal.docx>

# ATTACHMENT

Michael B. Eisenberg (admitted *pro hac vice*)
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10028
Tel: 212.513.3529
Fax: 212.385.9010
Email: michael.eisenberg@hklaw.com

Vito Costanzo (SBN 132754)
Stacey H. Wang (SBN 245195)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Tel: 213.896.2400
Fax: 213.896.2450
Email: stacey.wang@hklaw.com
Email: vito.costanzo@hklaw.com

*Attorneys for Defendants*
*VRS Design, Inc. and iSpeaker Co., Ltd.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIGEN KOREA CO., LTD., a Republic of Korea corporation,<br><br>Plaintiff,<br><br>v.<br><br>ISPEAKER CO., LTD., a Republic of Korea corporation; VRS DESIGN, INC., a California corporation; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 2:16-cv-08559-DOC-DFM<br>Assigned to: Hon. David O. Carter<br><br>**DECLARATION OF TIMOTHY KWON** |

<u>DECLARATION OF TIMOTHY KWON</u>

I, Timothy Kwon, declare as follows:

1. My name is Timothy Kwon. I am over the age of 18 and have personal knowledge of the matters stated herein. I could truthfully testify thereto if

called upon as a witness.

2. I am the Director of Product Development at Incipio LLC ("Incipio").

3. I am a member of the Incipio product team and am familiar with the products produced and sold by Incipio.

4. In particular, I have personal knowledge of the line of Incipio products Known as the "Incipio Stowaway" including the version of that product designed for the iPhone 4 and iPhone 4/S.

5. I have reviewed the video entitled "Incipio - Stowaway Demo – iPhone 4/4s case" and located at https://youtu.be/Qiir_Xu-tZE. This video was created by Incipio and published by Incipio on the internet on or around June 20, 2012. The video contains a fair and accurate representation of the Incipio Stowaway case for the iPhone 4 and/or 4S as the product was publicly disclosed, sold, or offered for sale prior to June 16, 2014.

6. The below image from approximately 10 seconds into the video shows the surface of the silicon core. An arrow is provided in the image below to show a recess.



7. The below image from approximately 23 second into the video shows the inner surface of the shell. An arrow is provided in the image below to show the location of a protrusion from the inner surface of the shell.



8. I have reviewed the below photographs. The photographs provide fair and accurate representations of the Incipio Stowaway case for the iPhone 4 and/or 4S as the product was publicly disclosed, sold, or offered for sale prior to June 16, 2014. Arrows have been provided in each image to indicate the position of the protrusion and recess, which fit together when the shell is mounted onto the silicon core.







I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct. Executed this 25 day of July 2018, at Irvine California.

Timothy Kwon

# EXHIBIT 2

| | |
|---|---|
| **From:** | Karen Y. Kim <kkim@lucemlaw.com> |
| **Sent:** | Monday, July 30, 2018 2:21 PM |
| **To:** | Eisenberg, Michael B (NYC - X73529) |
| **Cc:** | Wang, Stacey H (LAX - X52480); Heedong Chae; Rae Chung; Chris Good |
| **Subject:** | Re: Spigen v. VRS Design - stipulation for dismissal |

Michael:

We believe that there is a good argument for the validity of the remaining claim and a valid basis to continue with the briefing. We will oppose your brief.

Karen Y. Kim

**Lucem PC**
660 S. Figueroa St., Suite 1200
Los Angeles, CA 90017
Telephone: 213-387-3630
Fax: 213-863-6332
http://www.lucemlaw.com/

This communication, along with any attachments, may contain information that is privileged and/or confidential and is intended for the use of the individual to whom it is addressed. Any other use, application, distribution, copying, or disclosure is strictly prohibited. If you have received this communication in error, please notify us immediately and delete this communication and all attachments.

Thank you.


On Fri, Jul 27, 2018 at 8:28 AM <Michael.Eisenberg@hklaw.com> wrote:
> Karen:
>
> I have not received a response to my last email. We are starting to draft the papers to invalidate the last of your client's asserted claims. As has been the fact throughout this litigation, you and your client have no reasonable basis to continue along this path. I hope that you will reconsider.
>
> Michael Eisenberg | Holland & Knight
> 31 West 52nd Street | New York NY 10019
> Phone 212.513.3529 | Fax 212.385.9010
> michael.eisenberg@hklaw.com | www.hklaw.com
>
> -----Original Message-----
> From: Eisenberg, Michael B (NYC - X73529)
> Sent: Wednesday, July 25, 2018 6:27 PM
> To: 'Karen Kim' <kkim@lucemlaw.com>
> Cc: Wang, Stacey H (LAX - X52480) <stacey.wang@hklaw.com>; hdchae@lucemlaw.com; RichKimLaw@gmail.com
> Subject: RE: Spigen v. VRS Design - stipulation for dismissal

1

Karen:

I obtained the attached declaration from Timothy Kwon, Director of Product Development at Incipio LLC. As you will see, he identifies a protrusion and recess that are far close to the claims that what you identified in the accused product. You were no doubt aware of those structures based on your purchase and submission of an example product. I see no reason to continue this process. Please consider providing a covenant not to sue to preserve this one claim for your client and to avoid the accrual of additional fees in the motion I plan to file.

Michael Eisenberg | Holland & Knight
31 West 52nd Street | New York NY 10019
Phone 212.513.3529 | Fax 212.385.9010
michael.eisenberg@hklaw.com | www.hklaw.com


-----Original Message-----
From: Karen Kim [mailto:kkim@lucemlaw.com]
Sent: Wednesday, July 25, 2018 3:47 PM
To: Eisenberg, Michael B (NYC - X73529) <Michael.Eisenberg@hklaw.com>
Cc: Wang, Stacey H (LAX - X52480) <stacey.wang@hklaw.com>; hdchae@lucemlaw.com; RichKimLaw@gmail.com
Subject: RE: Spigen v. VRS Design - stipulation for dismissal

Will you waive mail service?


Karen Y. Kim

Lucem PC
660 S. Figueroa St., Suite 1200
Los Angeles, CA 90017
Telephone: 213-387-3630
Fax: 213-863-6332


This communication, along with any attachments, may contain information that is privileged and/or confidential and is intended for the use of the individual to whom it is addressed. Any other use, application, distribution, copying, or disclosure is strictly prohibited. If you have received this communication in error, please notify us immediately and delete this communication and all attachments.
Thank you.

-----Original Message-----
From: Michael.Eisenberg@hklaw.com [mailto:Michael.Eisenberg@hklaw.com]
Sent: Wednesday, July 25, 2018 12:01 PM
To: kkim@lucemlaw.com
Cc: stacey.wang@hklaw.com; hdchae@lucemlaw.com; RichKimLaw@gmail.com
Subject: Re: Spigen v. VRS Design - stipulation for dismissal

You may add my /s/.

On Jul 25, 2018, at 1:58 PM, Karen Kim

<kkim@lucemlaw.com<mailto:kkim@lucemlaw.com>> wrote:

Please see the attached. If you have no changes, return to me with your signature for filing.

Karen Y. Kim

Lucem PC
660 S. Figueroa St., Suite 1200
Los Angeles, CA 90017
Telephone: 213-387-3630<tel:(213)%20387-3630>
Fax: 213-863-6332<tel:(213)%20863-6332>


This communication, along with any attachments, may contain information that is privileged and/or confidential and is intended for the use of the individual to whom it is addressed. Any other use, application, distribution, copying, or disclosure is strictly prohibited. If you have received this communication in error, please notify us immediately and delete this communication and all attachments.
Thank you.

From: Michael.Eisenberg@hklaw.com<mailto:Michael.Eisenberg@hklaw.com>
[mailto:Michael.Eisenberg@hklaw.com]
Sent: Friday, July 20, 2018 3:11 PM
To: kkim@lucemlaw.com<mailto:kkim@lucemlaw.com>;
stacey.wang@hklaw.com<mailto:stacey.wang@hklaw.com>
Cc: hdchae@lucemlaw.com<mailto:hdchae@lucemlaw.com>;
RichKimLaw@gmail.com<mailto:RichKimLaw@gmail.com>
Subject: RE: Spigen v. VRS Design - stipulation for dismissal



Michael Eisenberg | Holland & Knight
31 West 52nd Street | New York NY 10019
Phone 212.513.3529 | Fax 212.385.9010
michael.eisenberg@hklaw.com<mailto:helen.akulich@hklaw.com> |
www.hklaw.com<http://www.hklaw.com/>

From: Karen Kim [mailto:kkim@lucemlaw.com]
Sent: Wednesday, July 11, 2018 1:30 PM
To: Eisenberg, Michael B (NYC - X73529)
<Michael.Eisenberg@hklaw.com<mailto:Michael.Eisenberg@hklaw.com>>; Wang, Stacey H (LAX - X52480) <stacey.wang@hklaw.com<mailto:stacey.wang@hklaw.com>>
Cc: 'Heedong Chae' <hdchae@lucemlaw.com<mailto:hdchae@lucemlaw.com>>;
'Richard Kim' <RichKimLaw@gmail.com<mailto:RichKimLaw@gmail.com>>
Subject: Spigen v. VRS Design - stipulation for dismissal

Michael:

We have received the settlement check. Attached is a draft of the joint stipulation for dismissal. If it is acceptable, please affix your signature, and we will file it.

Karen Y. Kim

Lucem PC
660 S. Figueroa St., Suite 1200
Los Angeles, CA 90017
Telephone: 213-387-3630<tel:(213)%20387-3630>
Fax: 213-863-6332<tel:(213)%20863-6332>

This communication, along with any attachments, may contain information that is privileged and/or confidential and is intended for the use of the individual to whom it is addressed. Any other use, application, distribution, copying, or disclosure is strictly prohibited. If you have received this communication in error, please notify us immediately and delete this communication and all attachments.
Thank you.

_____

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

<joint stipulation for dismissal.docx>
<Ex A - SETTLEMENT AGREEMENT_executed.pdf> <EXHIBIT A (redacted).pdf>
<7108LIT025 joint stipulation for leave to file under seal.docx>