Michael B. Eisenberg (admitted *pro hac vice*)
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10028
Tel: 212.513.3529
Fax: 212.385.9010
Email: michael.eisenberg@hklaw.com

Stacey H. Wang (SBN 245195)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Tel: 213.896.2400
Fax: 213.896.2450
Email: stacey.wang@hklaw.com

*Attorneys for Defendants*
*VRS Design, Inc. and iSpeaker Co., Ltd.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIGEN KOREA CO., LTD., a Republic of Korea corporation, <br><br> Plaintiff, <br><br> v. <br><br> ISPEAKER CO., LTD., a Republic of Korea corporation; VRS DESIGN, INC., a California corporation; DOES 1 through 10, inclusive, <br><br> Defendants. | Case No: 2:16-cv-08559-DOC-DFM <br> Assigned to: Hon. David O. Carter <br><br> **DEFENDANTS VRS DESIGN, INC. AND ISPEAKER CO., LTD.'S NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS** |

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400 Fax: 213.896.2450

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants hereby give notice to the Clerk of the Court to have the costs taxed and the amount set forth in the Bill of Costs attached hereto.

Dated:   November 21, 2018          Respectfully submitted,
                                     HOLLAND & KNIGHT LLP


                                     By: /s/ *Michael Eisenberg*
                                         Michael B. Eisenberg (*pro hac vice*)
                                         Stacey H. Wang
                                         Attorneys for Defendants VRS Design,
                                         Inc. and iSpeaker Co., Ltd.

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400 Fax: 213.896.2450

NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS

# UNITED STATES DISTRICT COURT

Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Spigen Korea Co., Ltd.

V.　　　　　　　　　　　　Case Number: 2:16-cv-08559-DOC-DFM

iSpeaker Co., Ltd., et al.

Judgment was entered in this action on ___11/07/2018___ / ___171___ against ___Spigen Korea Co., Ltd.___ .
　　　　　　　　　　　　　　　　　　　　Date　　　　　Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| | |
|---|---:|
| Filing fees: see L.R. 54-3.1 ............................................................................... | |
| Fees for service of process: see L.R. 54-3.2 .......................................................... | |
| United States Marshal's fees: see L.R. 54-3.3 ....................................................... | |
| Reporter's transcripts: see L.R. 54-3.4 ................................................................. | $2,157.74 |
| Depositions: see L.R. 54-3.5 ............................................................................... | $1,538.71 |
| Witness fees (itemize on page 2): see L.R. 54-3.6 .................................................. | |
| Interpreter's and translator's fees: see L.R. 54-3.7 ............................................... | |
| Docket fees: see L.R. 54-3.8 ............................................................................... | |
| Masters, commissioners and receivers: see L.R. 54-3.9 .......................................... | $15,572.50 |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 ...... | $2,928.04 |
| Premiums on bonds and undertakings: see L.R. 54-3.11 ......................................... | |
| Other Costs: see L.R. 54-3.12 (attach court order) ................................................ | |
| State Court costs: see L.R. 54-3.13 ..................................................................... | |
| Costs on appeal: see L.R. 54-4 ............................................................................ | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 ............................ | |
| **TOTAL** | $22,196.99 |

**NOTE: You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.**

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

[✓] The Court's CM/ECF System

[ ] Conventional service by first class mail

[ ] Other _____

/s/ Michael Eisenberg　　　　　　　　　　Michael B. Eisenberg
Signature　　　　　　　　　　　　　　　Print Name

Attorney for: Defendants VRS Design, Inc. and iSpeaker Co., Ltd.

Costs are taxed in the amount of _____

_____　By: _____　_____
Clerk of Court　　　　　　　　　　　　Deputy Clerk　　　　　　　　　　　Date

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | |

**WITNESS FEES** (computation, *see* 28 U.S.C. § 1821 for statutory fees)

USDC Central District of California
**Spigen Korea Co., Ltd. V. iSpeaker Co. Ltd., et al.**
Case No. 2:16-cv-08559-DOC-DFM

**Bill of Costs Itemization**

| Date | Vendor | Amount |
|---|---|---|
| | ***Special Masters*** | |
| **1/30/2018** | Judicate West – Special Master Hon. Victor B. Kenton, Ret. | $ 15,572.50 |
| | **Total:** | $ 15,572.50 |
| | ***Depositions/Transcripts*** | |
| **3/22/2018** | Aiken Welch Court Reporting – Certified Transcript of Deposition of Young Suk Chung | $ 907.41 |
| **3/23/2018** | Aiken Welch Court Reporting – Certified Transcript of Deposition of Kenneth Park | $ 631.30 |
| | **Total:** | $1,538.71 |
| **3/23/2018** | Epiq Court Reporting – Transcript of Telephonic 3-6-2018 Hearing | $ 874.62 |
| **2/16/2018** | Epiq Court Reporting – Transcript of Telephonic 1-26-2018 Hearing | 1,283.12 |
| | **Total:** | $2,157.74 |
| | ***Mandatory Chambers Copies/Deliveries to the Court*** | |
| **9/1/2017** | Legal Support Network, LLC – Invoice # 81408 | $ 49.00 |
| **9/15/2017** | Legal Support Network, LLC – Invoice # 82247 | 29.00 |
| **9/15/2017** | Legal Support Network, LLC – Invoice # 82246 | 173.46 |

| | | |
|---|---|---|
| **11/17/2017** | Legal Support Network, LLC – Invoice # 86027 | 54.50 |
| **10/20/2017** | Legal Support Network, LLC – Invoice # 4294 | 49.00 |
| **11/10/2017** | Legal Support Network, LLC – Invoice #85647 | 286.52 |
| **12/15/2017** | Legal Support Network, LLC – Invoice # 87758 | 90.00 |
| **12/22/2017** | Legal Support Network, LLC – Invoice # 88201 | 177.94 |
| **1/6/2018** | Legal Support Network, LLC – Invoice # 88961 | 177.94 |
| **1/6/2018** | Legal Support Network, LLC – Invoice #  88970 | 58.50 |
| **1/27/2018** | Legal Support Network, LLC – Invoice # 90357 | 32.97 |
| **1/27/2018** | Legal Support Network, LLC – Invoice # 90358 | 55.50 |
| **2/24/2018** | Legal Support Network, LLC – Invoice # 92004 | 182.92 |
| **1/13/2018** | Legal Support Network, LLC – Invoice # 150.96 | 150.96 |
| **10/20/2017** | Legal Support Network, LLC – Invoice # 84289 | 49.00 |
| **1/13/2018** | Legal Support Network, LLC – Invoice # 89182 | 47.50 |
| **3/17/2018** | Legal Support Network, LLC – Invoice #93348 | 45.50 |
| **5/5/2018** | Legal Support Network, LLC – Invoice # 96878 | 455.50 |
| **4/21/2018** | Legal Support Network, LLC – Invoice # 95968 | 55.00 |
| **5/5/2018** | Legal Support Network, LLC – Invoice # 96886 | 112.50 |
| **6/7/2018** | Summit Reprographics – Invoice #102854 | 495.83 |
| **5/19/2018** | Legal Support Network, LLC – Invoice # 98092 | 99.00 |
| | **Total:** | $ 2,928.04 |

**JUDICATE WEST**
Alternative Dispute Resolution

*Results Beyond Dispute℠*

Santa Ana
1851 E. First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344

## BILLING STATEMENT

Michael Bradley Eisenberg Esq.
Holland & Knight, LLP
31 West 52nd Street
New York NY 10019

JW Tax ID: 33-0626684
Statement Date: 8/24/2018
Current Amount Due: ($2,227.50)
Payment Due: No Balance Due

RE: JW Case No. A239329 - Spigen Korea Company, Ltd. vs. iSpeaker Company, Ltd., et al.

Hearing
1/26/2018 - 3/23/2018
Judicate West - Downtown LA, Los Angeles, CA

Neutral: Hon. Victor B. Kenton, Ret.
JW Case Manager: Heidi Adams

| Posted | Reference | Description | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 1/9/2018 | Inv 435260 | Case Management Fee | $445.00 | | $445.00 |
| 1/9/2018 | Inv 435260 | 10 Hr. Retainer | $3,300.00 | | $3,745.00 |
| 1/24/2018 | Inv 436489 | 8 Hr. Hearing - 1/26/2018 | $2,640.00 | | $6,385.00 |
| 1/30/2018 | Chk 8200979 | Payment Received | | $3,745.00 | $2,640.00 |
| 2/13/2018 | Inv 438232 | 7 Hr. Review/Preparation - 1/26/2018 | $2,310.00 | | $4,950.00 |
| 3/9/2018 | Inv 440202 | 13 Hr. Special Master Services - 2/14/2018 - 3/6/2018 | $4,290.00 | | $9,240.00 |
| 3/21/2018 | Inv 441299 | Case Management Fee | $195.00 | | $9,435.00 |
| 3/21/2018 | Inv 441299 | 7 Hr. Hearing - 3/23/2018 | $2,310.00 | | $11,745.00 |
| 3/21/2018 | Inv 441299 | 7 Hr. Hearing - 3/22/2018 | $2,310.00 | | $14,055.00 |
| 4/3/2018 | Chk 1129 | Payment Received | | $2,640.00 | $11,415.00 |
| 4/3/2018 | Chk 1129 | Payment Received | | $2,310.00 | $9,105.00 |
| 4/3/2018 | Chk 1129 | Payment Received | | $4,290.00 | $4,815.00 |
| 4/3/2018 | Chk 1129 | Payment Received | | $4,815.00 | $0.00 |
| 8/24/2018 | Credit Memo 558675 | Credit Issued - Unused Retainer | | $2,227.50 | ($2,227.50) |
| | | | | **Now Due:** | **($2,227.50)** |

### Remittance Instructions:

To pay online please visit: https://securepayment.link/judicatewest
*Please reference our case A239329 on your check made payable to Judicate West and mail to us at*
*1851 East First Street, Suite 1600, Santa Ana, CA 92705*
JW Tax ID: 33-0626684. JW's W-9 is available online at www.JudicateWest.com/Resources/Forms
* This statement represents your portion of our fees and any remaining balance is due immediately.

Any retainers billed are for additional time required including, but not limited to, review, preparation, and/or deliberation. Any unused retainer will be refunded. If this matter is settled or canceled/continued before the session, fees are non-refundable, due upon notice, and are the responsibility of the party(ies) requesting the change, unless the vacated time is filled with another matter. An additional case management fee is due for multiple continuances by the same party.

**Thank you for Choosing Judicate West**

# I N V O I C E

Aiken Welch Court Reporters
One Kaiser Plaza, Suite 250
Oakland CA  94612
Phone:(510) 451-1580   Fax:(510) 451-3797

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 237418 | 4/12/2018 | 91500 |

| Job Date | Case No. |
|---|---|
| 3/22/2018 | 2:16-cv-08559-DOC-DFM |

| Case Name |
|---|
| Spigen Korea Co., LTD v. Ispeaker Co., LTD. |

| Payment Terms |
|---|
| 1.5% monthly interest after 30 days |

Michael Eisenberg
Holland & Night LLP
31 West 52nd St, 12th Floor
New York NY  10019

CERTIFIED TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Young Suk Chung (PMK Ispeaker Co., Ltd) | 227.00  Pages | @ | 3.00 | 681.00 |
| Exhibits | | | 173.00 | 173.00 |
| Processing Fee | | | 40.00 | 40.00 |

**TOTAL DUE  >>>**                **$894.00**

EFFECTIVE JANUARY 1, 2018, ALL CREDIT CARD PAYMENTS WILL BE SUBJECT TO A 3% SERVICE CHARGE.

PAYMENT IS NOT CONTINGENT UPON CLIENT OR INSURANCE CARRIER REIMBURSEMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 30 DAYS OF INVOICE DATE OTHERWISE THE BILLING WILL BE DEEMED AS ACCEPTED AS PRESENTED.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 13.41 |
| (=) New Balance: | 907.41 |

**Tax ID:** 94-2832206

*Please detach bottom portion and return with payment.*

Michael Eisenberg
Holland & Night LLP
31 West 52nd St, 12th Floor
New York NY  10019

Job No.    :  91500            BU ID        : AW-DEPO
Case No.   :  2:16-cv-08559-DOC-DFM
Case Name  :  Spigen Korea Co., LTD v. Ispeaker Co., LTD.

Invoice No.  :  237418          Invoice Date  : 4/12/2018
**Total Due  : $ 907.41**

**PAYMENT WITH CREDIT CARD**      AMEX   MasterCard   VISA

| | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:  **Aiken Welch Court Reporters
One Kaiser Plaza, Suite 250
Oakland CA  94612**

# I N V O I C E

Aiken Welch Court Reporters
One Kaiser Plaza, Suite 250
Oakland CA 94612
Phone:(510) 451-1580   Fax:(510) 451-3797

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 237615 | 4/23/2018 | 91501 |

| Job Date | Case No. |
|---|---|
| 3/23/2018 | 2:16-cv-08559-DOC-DFM |

| Case Name |
|---|
| Spigen Korea Co., LTD v. Ispeaker Co., LTD. |

Stacey H. Wang
Holland & Knight, LLP
400 South Hope St., 8th Fl.
Los Angeles CA  90071

Client # 152910.00001

| Payment Terms |
|---|
| 1.5% monthly interest after 30 days |

CERTIFIED TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Kenneth Park (PMK VRS Design, Inc.) | 90.00 | Pages | @ | 3.25 | 292.50 |
| Exhibits | | | | 373.50 | 373.50 |
| Exhibit Discount | 373.50 | | @ | -0.20 | -74.70 |
| Processing Fee | | | | 40.00 | 40.00 |

TOTAL DUE  >>>          $631.30

EFFECTIVE JANUARY 1, 2018, ALL CREDIT CARD PAYMENTS WILL BE SUBJECT TO A 3% SERVICE CHARGE.

PAYMENT IS NOT CONTINGENT UPON CLIENT OR INSURANCE CARRIER REIMBURSEMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 30 DAYS OF INVOICE DATE OTHERWISE THE BILLING WILL BE DEEMED
AS ACCEPTED AS PRESENTED.

Tax ID: 94-2832206

*Please detach bottom portion and return with payment.*

Stacey H. Wang
Holland & Knight, LLP
400 South Hope St., 8th Fl.
Los Angeles CA  90071

| | | | | |
|---|---|---|---|---|
| Job No. | : 91501 | BU ID | : NET-OUT |
| Case No. | : 2:16-cv-08559-DOC-DFM | | |
| Case Name | : Spigen Korea Co., LTD v. Ispeaker Co., LTD. | | |
| Invoice No. | : 237615 | Invoice Date | : 4/23/2018 |
| **Total Due** | : **$631.30** | | |

Remit To:   **Aiken Welch Court Reporters**
**One Kaiser Plaza, Suite 250**
**Oakland CA  94612**

PAYMENT WITH CREDIT CARD        AMEX   [ ]   VISA

Cardholder's Name:
Card Number:
Exp. Date:               Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:





**Email:** customerinquiry@epiqglobal.com

Holland & Knight LLP
400 South Hope Street
Suite 800
Los Angeles , CA  90071-2809

**Invoice #:** M-182082
**Invoice Date:** 03/23/18
**Our Order #:** LA-166602-01
**Customer #:** 104394

Attn:  ERICKA MENDEZ

Terms: NET 30 DAY

**MATTER ID**          152910.00001

Spigen Korea Company vs. ISpeaker Company

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 03/06/18 | | | | |
| Deponent: Transcript of Telephonic Hearing | | | | |
| Word Index | 26 | EACH | $2.88 | $74.88 |
| Delivery - Transcript | 1 | EACH | $15.00 | $15.00 |
| Hearing Transcript-Original-Expedited 2 days | 119 | PAGE | $5.46 | $649.74 |
| Production and Code Compliance | 1 | EACH | $25.00 | $25.00 |
| Hearing Appearance Fee - Regular - Half Day | 1 | HOUR | $87.50 | $87.50 |
| TotalTranscript CD | 1 | EACH | $22.50 | $22.50 |

Split billed with Lucent

| | | |
|---|---|---|
| **Subtotal:** | | **$874.62** |
| **Sales Tax** | | **$0.00** |
| **Total Invoice USD** | | **$874.62** |

Thank You. Your Business is appreciated.

Client # 152910.00001

**REMIT TO:**
**Epiq Court Reporting**
**P.O. Box 936158**
**Atlanta, GA  31193-6158**

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**PLEASE PAY FROM THIS INVOICE**
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: Epiq

Tax ID: 20-2665382



# epiq

**INVOICE**
Page 1

**Phone:** 770-390-2700

Holland & Knight LLP
400 South Hope Street
Suite 800
Los Angeles , CA 90071-2809

| | |
|---|---|
| **Invoice #:** | M-175151 |
| **Invoice Date:** | 02/16/18 |
| **Our Order #:** | LA-161222-01 |
| **Customer #:** | 104394 |

Attn: ERICKA MENDEZ

Terms: NET 30 DAY

**CLIENT MATTER**   152910.00001

Spigen Korea Company vs. ISpeaker Company

Job Date: 01/26/18
Deponent: Hearing .

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Delivery - Transcript | 1 | EACH | $30.00 | $30.00 |
| Parking - Reporter | 1 | EACH | $10.82 | $10.82 |
| Production and Code Compliance | 1 | EACH | $50.00 | $50.00 |
| Hearing (Technical/Expert) Transcript - Copy | 210 | PAGE | $1.75 | $367.50 |
| Hearing (Technical/Expert) Transcript - Original | 210 | PAGE | $2.88 | $604.80 |
| Hearing Appearance Fee - Regular - Full Day | 1 | HOUR | $175.00 | $175.00 |
| TotalTranscript CD | 1 | EACH | $45.00 | $45.00 |

| | |
|---|---|
| **Subtotal:** | $1,283.12 |
| **Sales Tax** | $0.00 |
| **Total Invoice USD** | $1,283.12 |

**Depo Location:**
601 S. Figueroa
Suite 4000
Los Angeles, CA 90017

Thank You. Your Business is appreciated.

REMIT TO:
Document Technologies, LLC
DBA Epiq Court Reporting
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: Epiq

Remit to :
LEGAL SUPPORT NETWORK, LLC
P.O. BOX 861057
Los Angeles, CA 90086-1057
Billing Dept Ph. (213) 835-2776
Email: Billing@expressnetworkas.com
TO INSURE PROPER POSTING TO YOUR ACCOUNT
PLEASE DETACH AND RETURN WITH YOUR PAYMENT

**Send All Mail to :**
**LEGAL SUPPORT NETWORK, LLC**
P.O. BOX 861057
Los Angeles, CA 90086-1057
**888-232-6077**
www.expressnetworkas.com
Billing Dept Ph. (213) 835-2776
Billing Dept Fax (213) 413-7214
**Tax ID No. 45-4301410**

# INVOICE

## EXPRESSNETWORK
### A LEGAL SUPPORT NETWORK COMPANY

| | |
|---|---|
| ACCOUNT | HOLKN |
| INVOICE # | 81408 |
| INVOICE DATE | 09/01/17 |
| TOTAL | 49.00 |

HOLLAND & KNIGHT, LLP.
ACCOUNTS PAYABLE
400 S. HOPE ST. 8thFLR.
LOS ANGELES, CA. 90071

| DATE Q.C.# | Type of Service | Origin Placed by | Destination Received By | Ref. / Case # Case Name / Docs | Charge Item | Amount |
|---|---|---|---|---|---|---|
| 08/29/17 67832 | SD CC Court Srvc. | EXPRESS NETWORK | USDC. - HON. SELNA 411 W. FOURTH ST. #1053 | 152910-00001 | Base : | 49.00 |
| | | | SANTA ANA | | Return : | .00 |
| | | DOWNTOWN | | | Wait : | .00 |
| | | caller:Bricka Mendez | signed:DELIVERED | | Weight : | .00 |
| | | | | | ** Total ** | 49.00 |



page: 1

| | | | INVOICE TOTAL: | 49.00 |
|---|---|---|---|---|
| ACCOUNT CODE | INVOICE # | INVOICE DATE | INVOICE TOTAL | |
| HOLKN | 81408 | 09/01/17 | 49.00 | |

# INVOICE

## EXPRESSNETWORK
### A LEGAL SUPPORT NETWORK COMPANY

**Send all Mail to:**
LEGAL SUPPORT NETWORK, LLC
P.O. BOX 861057
Los Angeles, CA 90086-1057
**888-232-6077**
www.expressnetworkas.com
Billing Dept Ph. (213) 835-2776
Billing Dept Fax (213) 413-7214
**Tax ID No. 45-4301410**

HOLLAND & KNIGHT, LLP.
ACCOUNTS PAYABLE
400 S. HOPE ST. 8thFLR.
LOS ANGELES, CA. 90071

**Remit to :**
LEGAL SUPPORT NETWORK, LLC
P.O. BOX 861057
Los Angeles, CA 90086-1057
Billing Dept Ph. (213) 835-2776
Email: Billing@expressnetworkas.com
TO INSURE PROPER POSTING TO YOUR ACCOUNT
PLEASE DETACH AND RETURN WITH YOUR PAYMENT

| ACCOUNT | HOLKN |
|---|---|
| INVOICE # | 82247 |
| INVOICE DATE | 09/15/17 |
| TOTAL | 29.00 |

| DATE Q.C.# | Type of Service | Origin Placed by | Destination Received By | Ref. / Case # Case Name / Docs | Charge Item | Amount |
|---|---|---|---|---|---|---|
| 09/12/17 70053 | ND CC Court Srvc. | EXPRESS NETWORK (OC) SANTA ANA caller:Ericka Mendez | U.S. DISTRICT COURT 411 W. FOURTH ST. #1053 SANTA ANA *signed:*DELIVERED | 152910-00001 8;17CV01121 SPIGEN VS VRS APPLICATION OF NON RESIDE NT ATTY TO APPEAR | Base : Return : Wait : Weight : ** Total ** | 29.00 .00 .00 .00 29.00 |

(~ 9/29/17

| page: 1 | | | INVOICE TOTAL: | 29.00 |
|---|---|---|---|---|
| ACCOUNT CODE | INVOICE # | INVOICE DATE | INVOICE TOTAL | |
| HOLKN | 82247 | 09/15/17 | 29.00 | |

EXPRESS NETWORK, A LEGAL SUPPORT NETWORK COMPANY

# INVOICE

**LEGAL SUPPORT NETWORK, LLC**
P.O. BOX 861057
Los Angeles, CA 90086-1057

**888-232-6077**
www.expressnetworkas.com

Billing Dept Ph. (213) 835-2776
Billing Dept Fax (213) 413-7214
Tax ID No. 45-4301410

**EXPRESSNETWORK**
A LEGAL SUPPORT NETWORK COMPANY

HOLLAND & KNIGHT, LLP.
ACCOUNTS PAYABLE
400 S. HOPE ST. 8thFLR.
LOS ANGELES, CA. 90071

**Remit to:**
**LEGAL SUPPORT NETWORK, LLC**
P.O. BOX 861057
Los Angeles, CA 90086-1057
Billing Dept Ph. (213) 835-2776
Email: Billing@expressnetworkas.com
TO INSURE PROPER POSTING TO YOUR ACCOUNT
PLEASE DETACH AND RETURN WITH YOUR PAYMENT

| | |
|---|---|
| ACCOUNT | HOLKN |
| INVOICE # | 82246 |
| INVOICE DATE | 09/15/17 |
| TOTAL | 173.46 |

| DATE Q.C.# | Type of Service | Origin Placed by | Destination Received By | Ref. / Case # Case Name / Docs | Charge Item | Amount |
|---|---|---|---|---|---|---|
| 09/15/17 70649 | E-FILE CC Filing | HOLLAND & KNIGHT,LLP 400 S. HOPE ST. 8FLR. DOWNTOWN caller:Ericka Mendez | USDC. - HON. SELNA 411 W. FOURTH ST. #1053 SANTA ANA signed:SELNA DROP BX | 152910 - 01 | Base : *Other : Wait : 30 min Weight : ** Total ** | 138.50 12.46 22.50 .00 173.46 |
| | *Other = Fuel Charge: 12.46 | | | | | |



page: 1

INVOICE TOTAL:    173.46

| ACCOUNT CODE | INVOICE # | INVOICE DATE | INVOICE TOTAL |
|---|---|---|---|
| HOLKN | 82246 | 09/15/17 | 173.46 |

EXPRESS NETWORK, A LEGAL SUPPORT NETWORK COMPANY

Send All Mail To:

**LEGAL SUPPORT NETWORK, LLC**
P.O. BOX 861057
Los Angeles, CA 90086-1057

**888-232-6077**
www.expressnetworkas.com
Billing Dept Ph. (213) 835-2776
Billing Dept Fax (213) 413-7214
**Tax ID No. 45-4301410**

# INVOICE

## EXPRESSNETWORK
A LEGAL SUPPORT NETWORK COMPANY

**Remit To:**
**LEGAL SUPPORT NETWORK, LLC**
P.O. BOX 861057
Los Angeles, CA 90086-1057
Billing Dept Ph. (213) 835-2776
Email: Billing@expressnetworkas.com
TO INSURE PROPER POSTING TO YOUR ACCOUNT
PLEASE DETACH AND RETURN WITH YOUR PAYMENT

| ACCOUNT | HOLKN |
|---|---|
| INVOICE # | 86027 |
| INVOICE DATE | 11/17/17 |
| TOTAL | 54.50 |

HOLLAND & KNIGHT, LLP.
ACCOUNTS PAYABLE
400 S. HOPE ST. 8thFLR.
LOS ANGELES, CA. 90071

| DATE Q.C.# | Type of Service | Origin Placed by | Destination Received By | Ref. / Case # Case Name / Docs | Charge Item | Amount |
|---|---|---|---|---|---|---|
| 11/17/17 81688 | SD CC Court Srvc. | EXPRESS NETWORK (OC) | U.S. DISTRICT COURT 411 W. FOURTH ST. | #152910.00001. #1053 2/16 CV 08559 | Base : | 49.00 |
| | | | | | *Other : | 5.50 |
| | | SANTA ANA | SANTA ANA | SPIGEN KOREA V ISPEAKER C | Wait : | .00 |
| | | caller:Rosanna Perez | signed:DELIVERED | MEMO | Weight : | .00 |
| | *Other = Page Count: 5.50 | | | | ** Total ** | 54.50 |

Ew 11/28/17

| | | | | | INVOICE TOTAL: | 54.50 |
|---|---|---|---|---|---|---|

page: 1

| ACCOUNT CODE | INVOICE # | INVOICE DATE | INVOICE TOTAL | |
|---|---|---|---|---|
| HOLKN | 86027 | 11/17/17 | 54.50 | |

EXPRESS NETWORK, A LEGAL SUPPORT NETWORK COMPANY

**Remit to :**
LEGAL SUPPORT NETWORK, LLC
P.O. BOX 861057
Los Angeles, CA 90086-1057
Billing Dept Ph. (213) 835-2776
Email: Billing@expressnetworkas.com
TO INSURE PROPER POSTING TO YOUR ACCOUNT
PLEASE DETACH AND RETURN WITH YOUR PAYMENT

**Send All Mail To :**
LEGAL SUPPORT NETWORK, LLC
P.O. BOX 861057
Los Angeles, CA 90086-1057

**888-232-6077**
www.expressnetworkas.com

Billing Dept Ph. (213) 835-2776
Billing Dept Fax (213) 413-7214
Tax ID No. 45-4301410

# INVOICE

## EXPRESSNETWORK
A LEGAL SUPPORT NETWORK COMPANY

| | |
|---|---|
| ACCOUNT | HOLKN |
| INVOICE # | 85647 |
| INVOICE DATE | 11/10/17 |
| TOTAL | 286.52 |

HOLLAND & KNIGHT, LLP.
ACCOUNTS PAYABLE
400 S. HOPE ST. 8thFLR.
LOS ANGELES, CA. 90071

| Q.C.# | Party Served / Address<br>Date Served / Documents | Placed By/Reference<br>Case Name / Case # | Charge Items | Amount |
|---|---|---|---|---|
| 0108943 | INCIPIO GROUP GLOBAL HQ<br>6001 OAK CANYON | Ericka Mendez<br>152910.00001 | SAMEDAY SERVICE<br>FUEL CHARGE | 133.60<br>12.02 |
| | IRVINE CA 92618 | SPIGEN KOREA CO. LTD v. ISP<br>case #: 2:16-CV-8559 | EXPEDITED PROOF | 30.00 |
| In 11/06/17 | served on 11/06/17 at 12:45<br>Subpoena to Testify at a Deposition in a Civil Action | | FEES ADVANCED<br>** Total ** | 110.90<br>286.52 |

Fw 11/28/17

INVOICE TOTAL: 286.52

page: 1

| ACCOUNT CODE | INVOICE # | INVOICE DATE | INVOICE TOTAL |
|---|---|---|---|
| HOLKN | 85647 | 11/10/17 | 286.52 |

EXPRESS NETWORK, A LEGAL SUPPORT NETWORK COMPANY

**Send All Mail To :**
LEGAL SUPPORT NETWORK, LLC
P.O. BOX 861057
Los Angeles, CA 90086-1057

**888-232-6077**
www.expressnetworkas.com

Billing Dept Ph. (213) 835-2776
Billing Dept Fax (213) 413-7214
Tax ID No. 45-4301410

# FEE ADVANCED SUMMARY

## EXPRESSNETWORK
A LEGAL SUPPORT NETWORK COMPANY

Remit To :
LEGAL SUPPORT NETWORK, LLC
P.O. BOX 861057
Los Angeles, CA 90086-1057

Billing Dept Ph. (213) 835-2776
Email: Billing@expressnetworkas.com
TO INSURE PROPER POSTING TO YOUR ACCOUNT
PLEASE DETACH AND RETURN WITH YOUR PAYMENT

| ACCOUNT | HOLKN |
|---|---|
| INVOICE # | 85647 |
| INVOICE DATE | 11/10/17 |
| Fee Advance Total | 110.90 |

HOLLAND & KNIGHT, LLP.
ACCOUNTS PAYABLE
400 S. HOPE ST. 8thFLR.
LOS ANGELES, CA. 90071

| Transaction Date | Q.C. Number | Reference | Fee Advanced Amount |
|---|---|---|---|
| 11/06/17 | 0108943 | 152910.00001 | 110.90 |
| | | Total: | 110.90 |

***  Payment for Filing Fees Advanced is due immediately upon receipt  ***

| ACCOUNT | INVOICE # | BILLING PERIOD | FEE ADVANCED TOTAL |
|---|---|---|---|
| HOLKN | 85647 | 11/04/17 - 11/10/17 | 110.90 |

TERMS: NET 7 DAYS
LATE CHARGE OF 3% APPLIES AFTER 7 DAYS
FINANCE CHARGE OF 2% APPLIES AFTER 20 DAYS

**Send All Mail To :**
LEGAL SUPPORT NETWORK, LLC
P.O. BOX 861057
Los Angeles, CA 90086-1057
**888-232-6077**
www.expressnetworkas.com
Billing Dept Ph. (213) 835-2776
Billing Dept Fax (213) 413-7214
Tax ID No. 45-4301410

# INVOICE

## EXPRESSNETWORK
A LEGAL SUPPORT NETWORK COMPANY

**Remit to :**
LEGAL SUPPORT NETWORK, LLC
P.O. BOX 861057
Los Angeles, CA 90086-1057
Billing Dept Ph. (213) 835-2776
Email: Billing@expressnetworkas.com
TO INSURE PROPER POSTING TO YOUR ACCOUNT
PLEASE DETACH AND RETURN WITH YOUR PAYMENT

| ACCOUNT | HOLKN |
|---|---|
| INVOICE # | 87758 |
| INVOICE DATE | 12/15/17 |
| TOTAL | 90.00 |

HOLLAND & KNIGHT, LLP.
ACCOUNTS PAYABLE
400 S. HOPE ST. 8thFLR.
LOS ANGELES, CA. 90071

| DATE Q.C.# | Type of Service | Origin Placed by | Destination Received By | Ref. / Case # Case Name / Docs | Charge Item | Amount |
|---|---|---|---|---|---|---|
| 12/12/17 | SD CC | EXPRESS NETWORK | USDC - DOUGLAS F. MC | 152910.00001 | Base : | 55.00 |
| 85654 | Court Srvc. | | 411 W. FOURTH ST. #1053 | 16CV-08559 DOC | *Other : | 35.00 |
| | | DOWNTOWN | SANTA ANA | SPIGEN -V- ISPEAKER CO | Wait : | .00 |
| | | caller:Ericka Mendez | signed:DELIVERED | | Weight : | .00 |
| | *Other = Page Count: 35.00 | | | | ** Total ** | 90.00 |

F.w 12/27/17

| page: 1 | | | INVOICE TOTAL: | 90.00 |
|---|---|---|---|---|
| ACCOUNT CODE | INVOICE # | INVOICE DATE | INVOICE TOTAL | |
| HOLKN | 87758 | 12/15/17 | 90.00 | |

Send All Mail To

**LEGAL SUPPORT NETWORK, LLC**
P.O. BOX 861057
Los Angeles, CA 90086-1057

**888-232-6077**
www.expressnetworkas.com

Billing Dept Ph. (213) 835-2776
Billing Dept Fax (213) 413-7214
Tax ID No. 45-4301410

# INVOICE

## EXPRESSNETWORK
A LEGAL SUPPORT NETWORK COMPANY

Remit To:
**LEGAL SUPPORT NETWORK, LLC**
P.O. BOX 861057
Los Angeles, CA 90086-1057

Billing Dept Ph. (213) 835-2776
Email: Billing@expressnetworkas.com

TO INSURE PROPER POSTING TO YOUR ACCOUNT
PLEASE DETACH AND RETURN WITH YOUR PAYMENT

| ACCOUNT | HOLKN |
|---|---|
| INVOICE # | 88201 |
| INVOICE DATE | 12/22/17 |
| TOTAL | 177.94 |

HOLLAND & KNIGHT, LLP.
ACCOUNTS PAYABLE
400 S. HOPE ST. 8thFLR.
LOS ANGELES, CA. 90071

| DATE Q.C.# | Type of Service | Origin Placed by | Destination Received By | Ref. / Case # Case Name / Docs | Charge Item | | Amount |
|---|---|---|---|---|---|---|---|
| 12/18/17 86728 | E-FILE CC Filing | HOLLAND & KNIGHT,LLP 400 S. HOPE ST.  8FLR. DOWNTOWN caller:Ericka Mendez | USDC. - HON. CARTER 411 W. FOURTH ST. #1053 SANTA ANA signed:CARTER DROP BX | 152910-01 | Base  : | | 163.25 |
| | | | | | *Other : | | 14.69 |
| | | | | | Wait   : | | .00 |
| | | | | | Weight : | | .00 |
| | *Other = Fuel Charge: 14.69 | | | | ** Total ** | | 177.94 |

KW 1-8-18

| page: 1 | | INVOICE TOTAL: | 177.94 |
|---|---|---|---|

| ACCOUNT CODE | INVOICE # | INVOICE DATE | INVOICE TOTAL |
|---|---|---|---|
| HOLKN | 88201 | 12/22/17 | 177.94 |

# INVOICE

## EXPRESSNETWORK
### A LEGAL SUPPORT NETWORK COMPANY

**Send All Mail To:**
**LEGAL SUPPORT NETWORK, LLC**
P.O. BOX 861057
Los Angeles, CA 90086-1057
**888-232-6077**
www.expressnetworkas.com
Billing Dept Ph. (213) 835-2776
Billing Dept Fax (213) 413-7214
**Tax ID No. 45-4301410**

**Remit To:**
**LEGAL SUPPORT NETWORK, LLC**
P.O. BOX 861057
Los Angeles, CA 90086-1057
Billing Dept Ph. (213) 835-2776
Email: Billing@expressnetworkas.com
TO INSURE PROPER POSTING TO YOUR ACCOUNT
PLEASE DETACH AND RETURN WITH YOUR PAYMENT

| ACCOUNT | HOLKN |
|---|---|
| INVOICE # | 88961 |
| INVOICE DATE | 01/06/18 |
| TOTAL | 177.94 |

HOLLAND & KNIGHT, LLP.
ACCOUNTS PAYABLE
400 S. HOPE ST. 8thFLR.
LOS ANGELES, CA. 90071

| DATE Q.C.# | Type of Service | Origin Placed by | Destination Received By | Ref. / Case # Case Name / Docs | Charge Item | Amount |
|---|---|---|---|---|---|---|
| 01/03/18 88508 | E-FILE CC Filing | HOLLAND & KNIGHT,LLP 400 S. HOPE ST.   8FLR. DOWNTOWN caller:Ericka Mendez | UNITED STATES DISTRI 411 W. 4TH STREET SANTA ANA signed:Mccormik | 142910-01 | Base    : *Other : Wait    : Weight : ** Total ** | 163.25 14.69 .00 .00 177.94 |
|  | *Other = Fuel Charge: 14.69 |  |  |  |  |  |

*fw 1-17-18*

| | | | INVOICE TOTAL: | 177.94 |
|---|---|---|---|---|

page: 1

| ACCOUNT CODE | INVOICE # | INVOICE DATE | INVOICE TOTAL |
|---|---|---|---|
| HOLKN | 88961 | 01/06/18 | 177.94 |

EXPRESS NETWORK, A LEGAL SUPPORT NETWORK COMPANY

**LEGAL SUPPORT NETWORK, LLC**
P.O. BOX 861057
Los Angeles, CA 90086-1057
**888-232-6077**
www.expressnetworkas.com
Billing Dept Ph. (213) 835-2776
Billing Dept Fax (213) 413-7214
**Tax ID No. 45-4301410**

# I N V O I C E

# EXPRESSNETWORK
A LEGAL SUPPORT NETWORK COMPANY

Remit to :

**LEGAL SUPPORT NETWORK, LLC**
P.O. BOX 861057
Los Angeles, CA 90086-1057
Billing Dept Ph. (213) 835-2776
Email: Billing@expressnetworkas.com
TO INSURE PROPER POSTING TO YOUR ACCOUNT
PLEASE DETACH AND RETURN WITH YOUR PAYMENT

| ACCOUNT | HOLKN |
|---|---|
| INVOICE # | 88970 |
| INVOICE DATE | 01/06/18 |
| TOTAL | 58.50 |

HOLLAND & KNIGHT, LLP.
ACCOUNTS PAYABLE
400 S. HOPE ST. 8thFLR.
LOS ANGELES, CA. 90071

| DATE Q.C.# | Type of Service | Origin Placed by | Destination Received By | Ref. / Case # Case Name / Docs | Charge Item | Amount |
|---|---|---|---|---|---|---|
| 01/04/18 89111 | ND CC Court Srvc. | EXPRESS NETWORK (OC) | U.S. DISTRICT COURT 411 W. FOURTH ST. | CM #152910.00001 #1053 2:16 cv 08559 | Base : | 55.00 |
| | | | | | *Other : | 3.50 |
| | | SANTA ANA | SANTA ANA | SPIGEN KOREA V ISPEAKER C | Wait : | .00 |
| | | caller:Ericka Mendez | signed:DELIVERED | RESPONSIVE BRIEF | Weight : | .00 |
| | *Other = Page Count: 3.50 | | | | ** Total ** | 58.50 |

#152910-01

f~ 1-22-18

page: 1

**LEGAL SUPPORT NETWORK, LLC**
P.O. BOX 861057
Los Angeles, CA 90086-1057
**888-232-6077**
www.expressnetworkas.com
Billing Dept Ph. (213) 835-2776
Billing Dept Fax (213) 413-7214
Tax ID No. 45-4301410

# INVOICE

## ExpressNetwork
### A LEGAL SUPPORT NETWORK COMPANY

LEGAL SUPPORT NETWORK, LLC
P.O. BOX 861057
Los Angeles, CA 90086-1057
Billing Dept Ph. (213) 835-2776
Email: Billing@expressnetworkas.com
TO INSURE PROPER POSTING TO YOUR ACCOUNT
PLEASE DETACH AND RETURN WITH YOUR PAYMENT

| ACCOUNT | HOLKN |
|---|---|
| INVOICE # | 90357 |
| INVOICE DATE | 01/27/18 |
| TOTAL | 32.97 |

HOLLAND & KNIGHT, LLP.
ACCOUNTS PAYABLE
400 S. HOPE ST. 8thFLR.
LOS ANGELES, CA. 90071

| DATE Q.C.# | Type of Service | Origin Placed by | Destination Received By | Ref. / Case # Case Name / Docs | Charge Item | Amount |
|---|---|---|---|---|---|---|
| 01/23/18 92077 | ST SHOT Messenger | USDC CUSTOMER SERVIC 350 W 1ST ST 90012 DOWNTOWN L.A. caller:Ericka Mendez | HOLLAND & KNIGHT,LLP 400 S. HOPE ST. 8FLR. DOWNTOWN signed:ERICA MENDEZ | 152910-00001 | Base : *Other : Wait : Weight : ** Total ** | 30.25 2.72 .00 .00 32.97 |
| | *Other = Fuel Charge: 2.72 | | | | | |

| page: 1 | | | | INVOICE TOTAL: | 32.97 |
|---|---|---|---|---|---|

| ACCOUNT CODE | INVOICE # | INVOICE DATE | INVOICE TOTAL |
|---|---|---|---|
| HOLKN | 90357 | 01/27/18 | 32.97 |

EXPRESS NETWORK, A LEGAL SUPPORT NETWORK COMPANY

INVOICE

**ExpressNetwork**

A LEGAL SUPPORT NETWORK COMPANY

Send All Mail To :
LEGAL SUPPORT NETWORK, LLC
P.O. BOX 861057
Los Angeles, CA 90086-1057
**888-232-6077**
www.expressnetworkas.com
Billing Dept Ph. (213) 835-2776
Billing Dept Fax (213) 413-7214
**Tax ID No. 45-4301410**

Remit to :
LEGAL SUPPORT NETWORK, LLC
P.O. BOX 861057
Los Angeles, CA 90086-1057
Billing Dept Ph. (213) 835-2776
Email: Billing@expressnetworkas.com
TO INSURE PROPER POSTING TO YOUR ACCOUNT
PLEASE DETACH AND RETURN WITH YOUR PAYMENT

| ACCOUNT | HOLKN |
|---|---|
| INVOICE # | 90358 |
| INVOICE DATE | 01/27/18 |
| TOTAL | 55.50 |

HOLLAND & KNIGHT, LLP.
ACCOUNTS PAYABLE
400 S. HOPE ST. 8thFLR.
LOS ANGELES, CA. 90071

| DATE Q.C.# | Type of Service | Origin Placed by | Destination Received By | Ref. / Case # Case Name / Docs | Charge Item | | Amount |
|---|---|---|---|---|---|---|---|
| 01/26/18 92705 | E-FILE CC Filing | HOLLAND & KNIGHT,LLP 400 S. HOPE ST. 8FLR. DOWNTOWN *caller:*Ericka Mendez | USDC-HON. KRONSTADT 350 W. 1ST ST, DOWNTOWN *signed:*DELIVERED | 152910-01 | Base : | | 55.50 |
| | | | | | Return : | | .00 |
| | | | | | Wait : | | .00 |
| | | | | | Weight : | | .00 |
| | | | | | ** Total ** | | 55.50 |

*(handwritten)* Kw 2/20/18

page: 1

| | | | INVOICE TOTAL: | 55.50 |
|---|---|---|---|---|

| ACCOUNT CODE | INVOICE # | INVOICE DATE | INVOICE TOTAL |
|---|---|---|---|
| HOLKN | 90358 | 01/27/18 | 55.50 |

EXPRESS NETWORK, A LEGAL SUPPORT NETWORK COMPANY

**Send Mail To:**
**LEGAL SUPPORT NETWORK, LLC**
P.O. BOX 861057
Los Angeles, CA 90086-1057
**888-232-6077**
www.expressnetworkas.com
Billing Dept Ph. (213) 835-2776
Billing Dept Fax (213) 413-7214
**Tax ID No. 45-4301410**

# INVOICE

## EXPRESSNETWORK
### A LEGAL SUPPORT NETWORK COMPANY

**Remit To:**
**LEGAL SUPPORT NETWORK, LLC**
P.O. BOX 861057
Los Angeles, CA 90086-1057
Billing Dept Ph. (213) 835-2776
Email: Billing@expressnetworkas.com

TO INSURE PROPER POSTING TO YOUR ACCOUNT
PLEASE DETACH AND RETURN WITH YOUR PAYMENT

| | |
|---|---|
| ACCOUNT | HOLKN |
| INVOICE # | 92004 |
| INVOICE DATE | 02/24/18 |
| TOTAL | 182.92 |

HOLLAND & KNIGHT, LLP.
ACCOUNTS PAYABLE
400 S. HOPE ST. 8thFLR.
LOS ANGELES, CA. 90071

| DATE Q.C.# | Type of Service | Origin Placed by | Destination Received By | Ref. / Case # Case Name / Docs | Charge Item | | Amount |
|---|---|---|---|---|---|---|---|
| 02/20/18 96608 | E-FILE CC Filing | HOLLAND & KNIGHT,LLP 400 S. HOPE ST.  8FLR. DOWNTOWN *caller:*Ericka Mendez | USDC. - HON. CARTER 411 W. FOURTH ST. #1053 SANTA ANA *signed:*DELIVERED | 152910-01 2:16-CV-08559 ICE SPEAKER MANDATORY CHAMBERS COPIES | Base : *Other : Wait : Weight : ** Total ** | *15 min* | 157.50 14.17 11.25 .00 182.92 |
| | *Other = Fuel Charge:* 14.17 | | | | | | |



page: 1                                                                                    INVOICE TOTAL:    182.92

| ACCOUNT CODE | INVOICE # | INVOICE DATE | INVOICE TOTAL |
|---|---|---|---|
| HOLKN | 92004 | 02/24/18 | 182.92 |



# EXPRESS NETWORK

## I N V O I C E

Remit To: LEGAL SUPPORT NETWORK
P.O. BOX 861057
Los Angeles, CA 90086-1057
(888) 232-6077

| | |
|---|---|
| **ACCOUNT** | HOLKN |
| **INVOICE #** | 89183 |
| **DATE** | 01/13/18 |
| **TOTAL** | 150.96 |

HOLLAND & KNIGHT, LLP.
ACCOUNTS PAYABLE
400 S. HOPE ST. 8thFLR.
LOS ANGELES, CA. 90071

| DATE O.C.# | Type of Service | Origin Placed by | Destination Received By | Ref. / Case # Case Name / Docs | Charge Item | Amount |
|---|---|---|---|---|---|---|
| 01/09/18 | E-FILE CC | HOLLAND & KNIGHT,LLP | USDC. - HON. CARTER | 152910.01 | Base : | 138.50 |
| 89670 | Filing | 400 S. HOPE ST.   8FLR. | 411 W. FOURTH ST. #1053 | 216CV08559 | *Other : | 12.46 |
| | | DOWNTOWN | SANTA ANA | | Wait : | .00 |
| | | *caller:*Ericka Mendez | *signed:*DROP BOX CARTER | REPLY | Weight : | .00 |
| | *Other = Fuel Charge:* 12.46 | | | | ** Total ** | 150.96 |

INVOICE TOTAL:        150.96

| ACCOUNT CODE | INVOICE # | INVOICE DATE | INVOICE TOTAL |
|---|---|---|---|
| HOLKN | 89183 | 01/13/18 | 150.96 |

EXPRESS NETWORK, A LEGAL SUPPORT NETWORK COMPANY    TAX ID # 45-4301410



# *EXPRESS NETWORK*

## I N V O I C E

Remit To: LEGAL SUPPORT NETWORK
P.O. BOX 861057
Los Angeles, CA 90086-1057
(888) 232-6077

| | |
|---|---|
| **ACCOUNT** | HOLKN |
| **INVOICE #** | 84289 |
| **DATE** | 10/20/17 |
| **TOTAL** | 49.00 |

HOLLAND & KNIGHT, LLP.
ACCOUNTS PAYABLE
400 S. HOPE ST. 8thFLR.
LOS ANGELES, CA. 90071

| DATE O.C.# | Type of Service | Origin Placed by | Destination Received By | Ref. / Case # Case Name / Docs | Charge Item | Amount |
|---|---|---|---|---|---|---|
| 10/16/17 | SD CC | EXPRESS NETWORK (OC) | U.S. DISTRICT COURT | 152910.01 | Base  : | 49.00 |
| 75911 | Court Srvc. | | 411 W. FOURTH ST.  #1053 | 2;16 cv 08559 | Return : | .00 |
| | | SANTA ANA | SANTA ANA | spigen v ispeaker co | Wait  : | .00 |
| | | *caller:*Ericka Mendez | *signed:*DELIVERED | Request for Clarification | Weight : | .00 |
| | | | | | ** Total ** | 49.00 |

page : 1                                                                   INVOICE TOTAL:        49.00

| ACCOUNT CODE | INVOICE # | INVOICE DATE | INVOICE TOTAL |
|---|---|---|---|
| HOLKN | 84289 | 10/20/17 | 49.00 |

EXPRESS NETWORK, A LEGAL SUPPORT NETWORK COMPANY   TAX ID # 45-4301410



# EXPRESS NETWORK

# I N V O I C E

*Remit To:* LEGAL SUPPORT NETWORK
P.O. BOX 861057
Los Angeles, CA 90086-1057
(888) 232-6077

| | |
|---|---|
| **ACCOUNT** | HOLKN |
| **INVOICE #** | 89182 |
| **DATE** | 01/13/18 |
| **TOTAL** | 47.50 |

HOLLAND & KNIGHT, LLP.
ACCOUNTS PAYABLE
400 S. HOPE ST. 8thFLR.
LOS ANGELES, CA. 90071

| DATE O.C.# | Type of Service | Origin Placed by | Destination Received By | Ref. / Case # Case Name / Docs | Charge Item | Amount |
|---|---|---|---|---|---|---|
| 01/11/18 | SPECIAL | USDC | HOLLAND & KNIGHT, LLP | 152910-01 | Base : | 47.50 |
| 90267 | Messenger | 350 W FIRST ST 4TH FL | 400 S. HOPE ST.   8FLR. | | Return : | .00 |
| | | DOWNTOWN | DOWNTOWN | | Wait : | .00 |
| | | *caller:*Ericka Mendez | *signed:*DAVID G | | Weight : | .00 |
| | | | | | ** Total ** | 47.50 |

page : 1                                                                INVOICE TOTAL:     **47.50**

| ACCOUNT CODE | INVOICE # | INVOICE DATE | INVOICE TOTAL |
|---|---|---|---|
| HOLKN | 89182 | 01/13/18 | 47.50 |

EXPRESS NETWORK, A LEGAL SUPPORT NETWORK COMPANY     TAX ID # 45-4301410

Send All Mail To:
**LEGAL SUPPORT NETWORK, LLC**
P.O. BOX 861057
Los Angeles, CA 90086-1057

# INVOICE

**888-232-6077**
www.expressnetworkas.com

Billing Dept Ph. (213) 835-2776
Billing Dept Fax (213) 413-7214
**Tax ID No. 45-4301410**

## EXPRESSNETWORK
A LEGAL SUPPORT NETWORK COMPANY

HOLLAND & KNIGHT, LLP.
ACCOUNTS PAYABLE
400 S. HOPE ST. 8thFLR.
LOS ANGELES, CA. 90071

**Remit To:**
**LEGAL SUPPORT NETWORK, LLC**
P.O. BOX 861057
Los Angeles, CA 90086-1057

Billing Dept Ph. (213) 835-2776
Email: Billing@expressnetworkas.com

TO INSURE PROPER POSTING TO YOUR ACCOUNT
PLEASE DETACH AND RETURN WITH YOUR PAYMENT

| ACCOUNT | HOLKN |
|---|---|
| INVOICE # | 93348 |
| INVOICE DATE | 03/17/18 |
| TOTAL | 45.50 |

| DATE Q.C.# | Type of Service | Origin Placed by | Destination Received By | Ref. / Case # . Case Name / Docs | Charge Item | Amount |
|---|---|---|---|---|---|---|
| 03/14/18 00752 | ND CC Court Srvc. | EXPRESS NETWORK DOWNTOWN caller:Rosanna Perez | U.S. DISTRICT COURT 411 W. FOURTH ST. #1053 SANTA ANA signed:DELIVERED | 152910.00001. 2:16 CV 08559 Spigen Korea Co. v. Ispea OBJECTION | Base *Other Wait Weight ** Total ** | 35.00 10.50 .00 .00 45.50 |
|  |  | *Other = Page Count: 10.50 |  |  |  |  |

F.w 4/2/18

| | | | INVOICE TOTAL: | 45.50 |
|---|---|---|---|---|
| page: 1 | | | | |

| ACCOUNT CODE | INVOICE # | INVOICE DATE | INVOICE TOTAL |
|---|---|---|---|
| HOLKN | 93348 | 03/17/18 | 45.50 |

# INVOICE

Send All Mail To:

**LEGAL SUPPORT NETWORK, LLC**
P.O. BOX 861057
Los Angeles, CA 90086-1057
**888-232-6077**
www.expressnetworkas.com
Billing Dept Ph. (213) 835-2776
Billing Dept Fax (213) 413-7214
**Tax ID No. 45-4301410**

**EXPRESSNETWORK**
A LEGAL SUPPORT NETWORK COMPANY

**LEGAL SUPPORT NETWORK, LLC**
P.O. BOX 861057
Los Angeles, CA 90086-1057
Billing Dept Ph. (213) 835-2776
Email: Billing@expressnetworkas.com

TO INSURE PROPER POSTING TO YOUR ACCOUNT
PLEASE DETACH AND RETURN WITH YOUR PAYMENT

| | |
|---|---|
| ACCOUNT | HOLKN |
| INVOICE # | 96878 |
| INVOICE DATE | 05/05/18 |
| TOTAL | 455.50 |

HOLLAND & KNIGHT, LLP.
ACCOUNTS PAYABLE
400 S. HOPE ST. 8thFLR.
LOS ANGELES, CA. 90071

| DATE Q.C.# | Type of Service | Origin Placed by | Destination Received By | Ref. / Case # Case Name / Docs | Charge Item | Amount |
|---|---|---|---|---|---|---|
| 05/01/18 08785 | SPECIAL Messenger | HOLLAND & KNIGHT,LLP 400 S. HOPE ST.  8FLR. DOWNTOWN *caller:*Rosanna Perez *Other = Fuel Charge:* 17.55 | USDC. - HON. CARTER 411 W. FOURTH ST. #1053 SANTA ANA *signed:*DELIVERED | 152910.1 | Base : *Other : Wait : Weight : ** Total ** | 195.00 17.55 .00 .00 212.55 |
| 05/01/18 08787 | SPECIAL Filing | HOLLAND & KNIGHT,LLP 400 S. HOPE ST.  8FLR. DOWNTOWN *caller:*Rosanna Perez *Other = Fuel Charge:* 18.20 | USDC-SANTA ANA 411 WEST FOURTH STREET SANTA ANA *signed:*DELIVERED | 152910.1 2:16-CV-08559 SPIGEN KOREA v. I SPEAKER LODGING NOTICE OF LODGING A USB DRIVE; IPHONE CASE | Base : *Other : Wait : 30 min Weight : ** Total ** | 202.25 18.20 22.50 .00 242.95 |

F.✓ 5/15/18

| | | | |
|---|---|---|---|
| page: 1 | | | INVOICE TOTAL: 455.50 |

| ACCOUNT CODE | INVOICE # | INVOICE DATE | INVOICE TOTAL |
|---|---|---|---|
| HOLKN | 96878 | 05/05/18 | 455.50 |

EXPRESS NETWORK, A LEGAL SUPPORT NETWORK COMPANY

Send All Mail To :
**LEGAL SUPPORT NETWORK, LLC**
P.O. BOX 861057
Los Angeles, CA 90086-1057

**888-232-6077**
www.expressnetworkas.com

Billing Dept Ph. (213) 835-2776
Billing Dept Fax (213) 413-7214
Tax ID No. 45-4301410

# INVOICE

## EXPRESSNETWORK
### A LEGAL SUPPORT NETWORK COMPANY

Remit To :
**LEGAL SUPPORT NETWORK, LLC**
P.O. BOX 861057
Los Angeles, CA 90086-1057

Billing Dept Ph. (213) 835-2776
Email: Billing@expressnetworkas.com

TO INSURE PROPER POSTING TO YOUR ACCOUNT
PLEASE DETACH AND RETURN WITH YOUR PAYMENT

| | |
|---|---|
| ACCOUNT | HOLKN |
| INVOICE # | 95968 |
| INVOICE DATE | 04/21/18 |
| TOTAL | 55.00 |

HOLLAND & KNIGHT, LLP.
ACCOUNTS PAYABLE
400 S. HOPE ST. 8thFLR.
LOS ANGELES, CA. 90071

| DATE Q.C.# | Type of Service | Origin Placed by | Destination Received By | Ref. / Case # Case Name / Docs | Charge Item | Amount |
|---|---|---|---|---|---|---|
| 04/18/18 06638 | SD CC Court Srvc. | EXPRESS NETWORK (OC) SANTA ANA caller:Ericka Mendez | U.S. DISTRICT COURT 411 W. FOURTH ST. #1053 SANTA ANA signed:DELIVERED | 152910.00001 2:16-cv-08559 Spigen Korea Co. Ltd v. I PROPOSE ORDER | Base  : Return : Wait  : Weight : ** Total ** | 55.00 .00 .00 .00 55.00 |

f... 5/15/18

| page: 1 | | | INVOICE TOTAL: | 55.00 |
|---|---|---|---|---|

| ACCOUNT CODE | INVOICE # | INVOICE DATE | INVOICE TOTAL |
|---|---|---|---|
| HOLKN | 95968 | 04/21/18 | 55.00 |

EXPRESS NETWORK, A LEGAL SUPPORT NETWORK COMPANY

# INVOICE

**Send All Mail To**
**LEGAL SUPPORT NETWORK, LLC**
P.O. BOX 861057
Los Angeles, CA 90086-1057
**888-232-6077**
www.expressnetworkas.com
Billing Dept Ph. (213) 835-2776
Billing Dept Fax (213) 413-7214
Tax ID No. 45-4301410

**EXPRESSNETWORK**
A LEGAL SUPPORT NETWORK COMPANY

**Remit To:**
**LEGAL SUPPORT NETWORK, LLC**
P.O. BOX 861057
Los Angeles, CA 90086-1057
Billing Dept Ph. (213) 835-2776
Email: Billing@expressnetworkas.com
TO INSURE PROPER POSTING TO YOUR ACCOUNT
PLEASE DETACH AND RETURN WITH YOUR PAYMENT

| ACCOUNT | HOLKN |
|---|---|
| INVOICE # | 96886 |
| INVOICE DATE | 05/05/18 |
| TOTAL | 112.50 |

HOLLAND & KNIGHT, LLP.
ACCOUNTS PAYABLE
400 S. HOPE ST. 8thFLR.
LOS ANGELES, CA. 90071

| DATE Q.C.# | Type of Service | Origin Placed by | Destination Received By | Ref. / Case # Case Name / Docs | Charge Item | Amount |
|---|---|---|---|---|---|---|
| 05/04/18 09507 | SD CC Court Srvc. | EXPRESS NETWORK (OC) | U.S. DISTRICT COURT 411 W. FOURTH ST. | No. 152910.00001 #1053 2:16 CV 08559 | Base : | 55.00 |
| | | | SANTA ANA | SPIGEN KOREA V ISPEAKER | *Other : | 57.50 |
| | | SANTA ANA | *signed*:DELIVERED | | Wait : | .00 |
| | | caller:Ericka Mendez | | | Weight : | .00 |
| | *Other = Page Count: 57.50 | | | | ** Total ** | 112.50 |

*f.~ 5/15/18*

page: 1

INVOICE TOTAL: 112.50

| ACCOUNT CODE | INVOICE # | INVOICE DATE | INVOICE TOTAL |
|---|---|---|---|
| HOLKN | 96886 | 05/05/18 | 112.50 |

**Summitt Reprographics**

2029 Century Park East #4420
Los Angeles, CA 90067-8051
(310-788-3481)

CRAIGSOMMERSTEIN@YAHOO.COM

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/7/2018 | 102854 |

| BILL TO |
|---------|
| HOLLAND & KNIGHT<br>400 S. HOPE ST<br>8TH FLOOR<br>LOS ANGELES, CA 90071<br>ATTN: ELENA ZYALYUKOVA |

Client # 152910.00001

| CLIENT # | REP |
|----------|-----|
| spigen | |

| QUANTITY | DESCRIPTION | AMOUNT |
|----------|-------------|--------|
| | summary judgment motion | |
| 2,782 | PRINT | 222.56T |
| 300 | COLOR COPIES | 165.00T |
| 125 | TABS | 31.25T |
| 2 | 3 RING BINDERS | 34.00T |
| | Sales Tax | 43.02 |
| | **Total** | **$495.83** |

WE UNDERSTAND THAT SOME LAW FIRMS PASS THE BILLS THROUGH TO THEIR
CLIENTS, HOWEVER, THE SUMMITT CLIENT REMAINS RESPONSIBLE TO PAY
INVOICES BILLED TO THEM.
TAX ID#95-4473644
WE NOW ACCEPT VISA/MASTERCARD/AMEX

# EXPRESS | NETWORK
*A Legal Support Network Company*

# I N V O I C E

EXPRESS | A LEGAL SUPPORT NETWORK
P.O. BOX 861057
Los Angeles, CA 90086-1057
(888) 232-6077

| | |
|---|---|
| **ACCOUNT** | HOLKN |
| **INVOICE #** | 98092 |
| **DATE** | 05/19/18 |
| **TOTAL** | 99.00 |

HOLLAND & KNIGHT, LLP.
ACCOUNTS PAYABLE
400 S. HOPE ST. 8thFLR.
LOS ANGELES, CA. 90071

Client #   152910.01

| DATE Q.C.# | Type of Service | Origin Placed by | Destination Received By | Ref. / Case # Case Name / Docs | Charge Item | Amount |
|---|---|---|---|---|---|---|
| 05/15/18 | ND CC | EXPRESS NETWORK (OC) | U.S. DISTRICT COURT | pigen Korea Co. Ltd v. | Base : | 35.00 |
| 11157 | Court Srvc. | | 411 W. FOURTH ST.  #1053 | 2:16 CV 08559 | *Other : | 64.00 |
| | | SANTA ANA | SANTA ANA | pigen Korea Co. Ltd v. Is | Wait : | .00 |
| | | *caller:*Ericka Mendez | *signed:*DELIVERED | DEF STATEMENT | Weight : | .00 |
| | *Other = *Page Count:* 64.00 | | | | ** Total ** | 99.00 |

page:   1

INVOICE TOTAL:        99.00

| ACCOUNT CODE | INVOICE # | INVOICE DATE | INVOICE TOTAL |
|---|---|---|---|
| HOLKN | 98092 | 05/19/18 | 99.00 |

EXPRESS NETWORK, A LEGAL SUPPORT NETWORK COMPANY    TAX ID # 45-4301410